UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:22-cv-08406-ODW (AGRx) | | Date | January 10, 2023 |
|---|---|---|---|---|
| Title | *Mario Arias v. Bird Global, Inc. et al.* | | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**     **ORDER TO SHOW CAUSE re: Consolidation**


On November 17, 2022, Mario Arias filed a Complaint against Bird Global, Inc. and two of its principals, seeking to recover for losses incurred due to alleged misrepresentations made in several S-4, 10-Q, and 10-K forms and revealed to the public on November 14, 2022. (Compl., No. 2:22-cv-08406-ODW (AGRx), ECF No. 1.)  On December 19, 2022, Karen Cain filed a Complaint against Bird Global, Inc. and the same two principals, seeking to recover for the same alleged misrepresentations.  (Compl., No. 2:22-cv-09178-ODW (AGRx), ECF No. 1.) The two Complaints are substantially the same, if not altogether identical.

///

///

///

///

///

///

///

Plaintiff is therefore **ORDERED** to **SHOW CAUSE**, in writing only, no later than **January 31, 2023**, why this case, No. 2:22-cv-08406, *Arias v. Bird Global Inc., et al.*, should not be consolidated with related case No. 2:22-cv-09178, *Cain v. Bird Global, Inc. et al.* Defendants may file a Reply to Plaintiff's Response, to be received by the Court no later than **February 10, 2023**. Briefs are limited to <u>ten (10) pages</u>, and the parties may file judicially noticeable materials, declarations, and other evidence in support of their contentions. No hearing will be held. The matter will be deemed submitted, and this Order deemed discharged, upon receipt of the Parties' responses. Failure by a party to timely respond to this Order to Show Cause will be deemed consent to consolidation of the cases.

**IT IS SO ORDERED.**

|  | : | 00 |
|---|---|---|
| Initials of Preparer | SE | |