Sophia M. Rios (SBN 305801)
BERGER MONTAGUE PC
401 B Street, Suite 2000
San Diego, CA 92101
Tel: (619) 489-0300
Email: srios@bm.net

*Counsel for Proposed Lead Plaintiff,*
*and Proposed Lead Counsel*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO ARIAS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BIRD GLOBAL, INC. f/k/a SWITCHBACK II CORPORATION, TRAVIS VANDERZANDEN, AND YIBO LING,<br><br>Defendants. | Case No. 2:22cv08406-ODW-KS<br><br>CLASS ACTION<br><br>**NOTICE OF MOTION AND MOTION TIMOTHY R. KANE FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL** |
| KAREN CAIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BIRD BLOBAL, INC. f/k/a SWITCHBACK II CORPORATION, TRAVIS VANDERZANDEN, and YIBO LING,<br><br>Defendants. | Case No. 2:22cv09178-ODW-KS<br><br>Date:        February 27, 2023<br>Time:        1:30 P.M.<br>Courtroom: 5D, 5th Floor<br>Judge:       Hon. Otis D. Wright |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that on February 27, 2023, at 1:30 p.m., or as soon thereafter as the matter may be heard by the Honorable Otis D. Wright II, Courtroom 5D, 350 West 1st Street, Los Angeles, CA, 90012, Timothy R. Kane (hereinafter, the "Movant") will and hereby does move this Court for an order: (1) consolidating the related actions *Arias v. Bird Global, Inc. f/k/a Switchback II Corporation*, No. 2:22-cv-07939 (filed on 11/17/22) and *Cain v. Bird Global, Inc. f/k/a Switchback II Corporation*, No. 2:22-cv-09178 (filed on 12/19/22); (2) appointing Movant as Lead Plaintiff; and (3) approving Movant's selection of Berger Montague PC as Lead Counsel pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4(a)(3)(B).

Additionally, because the PSLRA permits any "purported class member . . . including any motion by a class member who is not individually named as a plaintiff in the complaint" to file a motion for appointment as lead plaintiff, 15 U.S.C. §78u-4(a)(3)(B)(i), Movant cannot determine whether any other parties will also seek appointment as lead plaintiff until after the deadline expires on January 17, 2023. Accordingly, Movant's counsel respectfully requests that compliance with the meet and confer requirements of C.D. Cal. L.R. 7-3 be waived due to the fact that Movant cannot confer with unknown movants. In support of this Motion, Movant submits the accompanying Memorandum of Law, the Declaration of Sophia M. Rios, and a [Proposed] Order.

Date:  January 17, 2023

Respectfully submitted,

BERGER MONTAGUE PC

 /s/ *Sophia M. Rios*
Sophia M. Rios (Bar No. 305801)
401 B Street, Suite 2000
San Diego, CA 92101
Tel: (619) 489-0300
srios@bm.net

KANE'S MOT. FOR LEAD PLAINTIFF & LEAD COUNSEL
Case No. 2:22-CV-08406-ODW-KS                                                              1

Sherrie R. Savett
Michael Dell'Angelo
Andrew D. Abramowitz
James A. Maro
1818 Market Street, Suite 3600
Philadelphia, Pa 19103
Tel: (215) 875-3000
ssavett@bm.net
mdellangelo@bm.net
aabramowitz@bm.net
jmaro@bm.net

*Counsel for Proposed Lead Plaintiff, and
Proposed Lead Counsel*

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on January 17, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

/s/ *Sophia M. Rios*
Sophia M. Rios (Bar No. 305801)
BERGER MONTAGUE PC
401 B Street, Suite 2000
San Diego, CA 92101
Tel: (619) 489-0300
srios@bm.net