Sophia M. Rios (SBN 305801)
BERGER MONTAGUE PC
401 B Street, Suite 2000
San Diego, CA 92101
Tel: (619) 489-0300
Email: srios@bm.net

*Counsel for Proposed Lead Plaintiff,*
*and Proposed Lead Counsel*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO ARIAS, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>        vs.<br><br>BIRD GLOBAL, INC. f/k/a SWITCHBACK II CORPORATION, TRAVIS VANDERZANDEN, AND YIBO LING,<br><br>                    Defendants. | Case No. 2:22cv08406-ODW-KS<br><br>CLASS ACTION<br><br>**DECLARATION OF SOPHIA M. RIOS IN SUPPORT OF MOVANT TIMOTHY R. KANE'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL** |
| KAREN CAIN, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>        vs.<br><br>BIRD BLOBAL, INC. f/k/a SWITCHBACK II CORPORATION, TRAVIS VANDERZANDEN, and YIBO LING,<br><br>                    Defendants. | Case No. 2:22cv09178-ODW-KS<br><br>Date:        February 27, 2023<br>Time:        1:30 P.M.<br>Courtroom: 5D, 5th Floor<br>Judge:       Hon. Otis D. Wright |

RIOS DECL. ISO MOTION FOR LEAD PLAINTIFF & LEAD COUNSEL
Case No. 2:22-CV-08406-ODW-KS

I, Sophia M. Rios, declare as follows:

1.    I am a member in good standing of the bar of the State of California and am admitted to practice before this Court. I submit this declaration in support of the motion filed by Proposed Lead Plaintiff Timothy R. Kane ("Movant") for the entry of an Order: (1) consolidating related actions; (2) appointing Movant as Lead Plaintiff; (3) approving Movant's selection of Berger Montague PC as Lead Counsel for the Class; and (4) granting such other and further relief as the Court may deem just and proper.

2.    Attached as Exhibits A through E are true and correct copies of the following documents:

EXHIBIT A:  Executed Certification of Movant pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT B:  Notice of pendency of class action lawsuit against Bird Global, Inc. f/k/a Switchback II Corporation ("Bird Global"), published on *Business Wire* on November 17, 2022;

EXHIBIT C:  Chart reflecting calculation of financial losses sustained by Movant on Class Period transactions in Bird Global securities;

EXHIBIT D:  Declaration of Movant; and

EXHIBIT E: Berger Montague PC firm resume.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 17th day of January, 2023.

*/s/ Sophia M. Rios*
Sophia M. Rios

RIOS DECL. ISO MOTION FOR LEAD PLAINTIFF & LEAD COUNSEL
Case No. 2:22-CV-08406-ODW-KS                                                                  1