# EXHIBIT C

**FINANCIAL INTEREST ANALYSIS**

| Bird Global, Inc. f/k/a Switchback II Corporation | | TICKER: | BRDS | Set-Off Price:[1] | $0.22 |
|---|---|---|---|---|---|
| Class Period: | 5/14/21-11/14/22 | | SWBK | | |

**Timothy R. Kane**

**LIFO**

| Transaction | Date | Quantity | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 11/1/2021 | 988 | $10.1300 | ($10,008.44) |
| Purchase | 11/1/2021 | 928 | $10.1000 | ($9,372.80) |
| Purchase | 11/1/2021 | 749 | $10.1400 | ($7,594.86) |
| Purchase | 12/14/2021 | 516 | $7.7581 | ($4,003.18) |
| Purchase | 12/14/2021 | 253 | $7.8955 | ($1,997.56) |
| Purchase | 12/14/2021 | 194 | $7.9400 | ($1,540.36) |
| Purchase | 12/14/2021 | 100 | $7.9455 | ($794.55) |
| Purchase | 12/15/2021 | 35 | $8.4506 | ($295.77) |
| Purchase | 12/16/2021 | 272 | $7.3427 | ($1,997.21) |
| Purchase | 12/16/2021 | 246 | $8.1276 | ($1,999.39) |
| Purchase | 12/16/2021 | 243 | $8.2275 | ($1,999.28) |
| Purchase | 12/16/2021 | 238 | $8.3950 | ($1,998.01) |
| Purchase | 12/16/2021 | 238 | $8.5273 | ($2,029.50) |
| Purchase | 12/16/2021 | 235 | $8.5381 | ($2,006.45) |
| Purchase | 12/16/2021 | 114 | $7.9623 | ($907.70) |
| Purchase | 12/27/2021 | 325 | $6.8842 | ($2,237.37) |
| **Class Period Purchases:** | | **5,674** | | **($50,782.44)** |
| Pre-Class Period Holdings: | | **0** | | |
| | | | | |
| Sale | 12/8/2021 | (125) | $7.9278 | $990.98 |
| Sale | 12/15/2021 | (700) | $8.4100 | $5,887.00 |
| Sale | 12/15/2021 | (349) | $8.4174 | $2,937.67 |
| Sale | 12/15/2021 | (49) | $8.4020 | $411.70 |
| Sale | 12/21/2021 | (272) | $7.5963 | $2,066.19 |
| **Class Period Sales That Match Class Period Purchases:** | | **(1,495)** | | **$12,293.54** |
| | | | | |
| **Shares Held:** | | 4,179 | $0.22 | $919.38 |
| | | | **LIFO Gain/(Loss):** | **($37,569.52)** |

[1]The average closing prices from November 14, 2022 through January 17, 2023.  The 90-Day lookback period will end on February 10, 2023.