# EXHIBIT D

Sophia M. Rios (SBN 305801)
BERGER MONTAGUE PC
401 B Street, Suite 2000
San Diego, CA 92101
Tel: (619) 489-0300
Email: srios@bm.net

*Counsel for Proposed Lead Plaintiff,*
*and Proposed Lead Counsel*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO ARIAS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BIRD GLOBAL, INC. F/K/A SWITCHBACK II CORPORATION, TRAVIS VANDERZANDEN, AND YIBO LING,<br><br>Defendants. | Case No. 2:22cv08406- ODW-KS<br><br>CLASS ACTION<br><br>**DECLARATION OF TIMOTHY R. KANE IN SUPPORT OF MOTION CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL** |

I, Timothy R. Kane, pursuant to 28 U.S.C. §1746, declare as follows:

1.      I respectfully submit this declaration in support of my motion for appointment as lead plaintiff in the securities class action litigation against Bird Global, Inc. f/k/a Switchback II Corporation (the "Company" or "Bird Global") and certain of the Company's executive officers and directors. I have personal knowledge of the facts set forth below relating to my activities, actions and beliefs, and would testify competently thereto.

2.      I suffered substantial losses as a result of my transactions in Bird Global securities from May 14, 2021 through and including November 14, 2022 (the "Class Period"), and I am motivated to obtain the best possible result for myself and the class.  I received a bachelor's degree in Psychology and I am currently employed as a project manager for a manufacturing company.  I have been investing in the stock market for about 14 years.  I understand the responsibilities and obligations of serving as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), which include acting as a fiduciary for all class members, staying informed about this litigation, and selecting and overseeing lead counsel.  I am willing to serve in this capacity on behalf of the other Bird Global investors harmed by defendants' alleged misconduct, and I am willing to oversee the vigorous prosecution of this litigation in order to maximize the recovery for the class.

3.      I am familiar with the facts and circumstances concerning the pending class action lawsuit involving Bird Global. After reviewing information concerning the lawsuit filed against Bird Global, I contacted the law firm of Berger Montague PC ("Berger Montague").  Prior to the filing of my motion, I had multiple discussions with attorneys from Berger Montague, via telephone and email, regarding the litigation against Bird Global, the possibility of serving as a lead plaintiff on behalf of other Bird Global investors, and the duties and responsibilities

that I would assume if appointed as lead plaintiff under the PSLRA. To reiterate, I sought out Berger Montague to represent me and the class in this lawsuit.

4.      As an investor who suffered substantial losses in Bird Global securities during the Class Period by both holding and selling Bird Global stock, I believe it is in the best interest of all class members that I serve as lead plaintiff in this case, as I have the incentive, ability and desire to control the litigation and maximize the recovery for the class.

5.      I understand that a lead plaintiff acts on behalf of and for the benefit of all potential class members. As indicated above, I am aware of the requirements and responsibilities of being lead plaintiff in a securities class action, including interacting with and directing counsel, reviewing and commenting on important documents in the case, attending important court hearings and trial as necessary, participating in discovery, overseeing settlement discussions, and authorizing any potential settlement on behalf of the class. I am willing to undertake these responsibilities on behalf of the class.

6.      In addition, I understand that, as lead plaintiff, it is my responsibility to select counsel for the class. I took this responsibility extremely seriously and before selecting Berger Montague as proposed lead counsel based on the firm's extensive securities litigation experience and the firm's recovery of billions of dollars on behalf of defrauded investors in complex securities cases like this. I have instructed counsel to conduct the litigation in an efficient manner, and to provide regular updates as frequently as necessary.

7.      I understand that I am under no obligation to seek appointment as lead plaintiff (individually or as a group) or to propose the appointment of Berger Montague as lead counsel. I understand that I am free to select and propose any qualified counsel to serve as lead counsel. I am also aware that multiple firms have issued press releases alerting investors to the lead plaintiff deadline in this litigation.

2

8.    I hereby reaffirm that I am committed to satisfying the fiduciary obligations that I will assume if appointed lead plaintiff.  I will ensure that the Bird Global securities litigation will be vigorously prosecuted consistent with a lead plaintiff's obligations under the PSLRA and in the best interests of the class, and I will seek to obtain the greatest possible recovery for the class.

I, Timothy R. Kane, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed on January 17, 2023.

DocuSigned by:

Timothy R. Kane

3