# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO ARIAS, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>     vs.<br><br>BIRD GLOBAL, INC. f/k/a SWITCHBACK II CORORATION, TRAVIS VANDERZANDEN, AND YIBO LING,<br><br>              Defendants. | Case No. 2:22cv08406-ODW-KS<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER**<br><br>Date:       February 27, 2023<br>Time:       1:30 P.M.<br>Courtroom: 5D, 5th Floor<br>Judge:     Hon. Otis D. Wright |
| KAREN CAIN, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>     vs.<br><br>BIRD BLOBAL, INC. f/k/a SWITCHBACK II CORPORATION, TRAVIS VANDERZANDEN, and YIBO LING,<br><br>              Defendants. | Case No. 2:22cv09178-ODW-KS |

PROPOSED ORDER
Case No. 2:22CV08406-ODW-KS

Having considered the Motion of Timothy R. Kane ("Movant") for Consolidation of Related Actions, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel (the "Motion"), IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED.

2.      Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, *Arias v. Bird Global, Inc. f/k/a Switchback II Corporation et al.*, Case No. 2:22-cv-08406 (C.D. Cal.), and *Cain v. Bird Global, Inc. f/k/a Switchback II Corporation et al.*, Case No. 1:22-cv-02805-SKC (C.D. Cal.), are hereby consolidated as:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re Bird Global, Inc. Securities Litigation | Case No. 2:22cv08406-ODW-KS |
| This Document Relates To: | <u>CLASS ACTION</u> |

a.      The file in Case No. 2:22cv08406- ODW-KS shall constitute the master file for every action in the consolidated action.   The Clerk shall administratively close the other action, Case No. 1:22-cv-02805-SKC.  When the document being filed pertains to all actions, the Phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:".  When a please applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action;

b.      All securities class actions on behalf of purchasers of Bird Global Inc., f/k/a Switchback II Corporation Inc. securities subsequently filed in, or transferred to, this District shall be consolidated into this action;

c.      This Order shall apply to every such action, absent an order of the Court.  A party objecting to such consolidation, or to any other provisions of

this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action; and

d. This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

3. Timothy R. Kane is appointed as Lead Plaintiff for the class pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(iii).

4. Berger Montague PC is appointed Lead Counsel for the class. Lead Counsel will have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class:

a. the briefing and argument of any and all motions;

b. the conduct of any and all discovery proceedings, including, without limitation, depositions;

c. the selection of counsel to act as spokesperson at all pretrial conferences;

d. the organization of meetings of Plaintiffs' counsel as they deem necessary and appropriate from time to time;

e. settlement negotiations with counsel for Defendants;

f. the pretrial discovery proceedings, the preparation for trial, the trial of this matter, and delegation of work responsibilities to selected counsel as may be required;

g. the preparation and filing of all pleadings; and

h. the supervision of all other matters concerning the prosecution or resolution of the consolidated action.

**IT IS SO ORDERED.**

DATE: _____

UNITED STATES DISTRICT JUDGE
CENTRAL DISTRICT OF CALIFORNIA