

Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Lead*
*Plaintiff and for the Class*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO ARIAS, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> BIRD GLOBAL, INC. F/K/A SWITCHBACK II CORPORATION, TRAVIS VANDERZANDEN, AND YIBO LING, <br><br> Defendants. | Case No. 2:22-cv-08406-ODW-AGR <br><br> **MOTION OF LAWRENCE LOU TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL** <br><br> <u>CLASS ACTION</u> <br><br> JUDGE: Otis D. Wright, II <br> Hearing Date: February 27, 2023 <br> Time: 1:30 p.m. <br> CTRM: 5D (Los Angeles) |

[Additional caption on next page]

MOTION OF LAWRENCE LOU TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS
LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL – Case No. 2:22-cv-08406-ODW-AGR

| | |
|---|---|
| KAREN CAIN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BIRD GLOBAL, INC. F/K/A SWITCHBACK II CORPORATION, TRAVIS VANDERZANDEN, and YIBO LING,<br><br>Defendants. | Case No. 2:22-cv-09178-ODW-AGR<br><br>CLASS ACTION<br><br>JUDGE: Otis D. Wright, II |

PLEASE TAKE NOTICE that on Monday, February 27, 2023 at 1:30 p.m. before the Honorable Otis D. Wright, II, in the First Street Courthouse, 350 W. 1st Street, Courtroom 5D, Los Angeles, California, Lawrence Lou ("Movant"), will and does move this Court for an order granting his Motion: (1) consolidating the related actions; (2) for appointment of Movant as Lead Plaintiff of the Class; and (3) for approval of Movant's selection of The Rosen Law Firm, P.A. ("Rosen Law") as Lead Counsel for Plaintiffs and the Class.

This Motion is brought pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B) and Federal Rule of Civil Procedure 42(a), on the grounds (1) that the related actions should be consolidated as they involve common questions of law and fact and

2

consolidation would promote judicial economy; (2) that Movant should be appointed as Lead Plaintiff for the class of all purchasers or acquirers of Bird Global, Inc. f/k/a Switchback II Corporation securities during the period between May 14, 2021 and November 14, 2022, inclusive (the "Class Period"), as Movant has timely made this Motion, has the largest financial interest and otherwise satisfies the pertinent requirements of Federal Rule of Civil Procedure 23; and (3) that Movant's selection of Rosen Law as Lead Counsel should be approved as the firm is well-qualified and has extensive experience in cases of this type.

In support of this Motion, Movant files herewith a Memorandum of Points and Authorities, the Declaration of Laurence M. Rosen, and a Proposed Order.

Local Rule 7-3 requires a conference of counsel prior to filing motions. Due to the PSLRA's lead plaintiff procedure, however, Movant does not yet know which other entities or persons plan to move for appointment as lead plaintiff until after all the movants have filed their respective motions. Under these circumstances, Movant respectfully requests that the conferral requirement of Local Rule 7-3 be waived.

Dated: January 17, 2023              Respectfully submitted,

                                     **THE ROSEN LAW FIRM, P.A.**

                                     /s/ Laurence M. Rosen
                                     Laurence M. Rosen, Esq. (SBN 219683)
                                     355 South Grand Avenue, Suite 2450
                                     Los Angeles, CA 90071
                                     Telephone: (213) 785-2610
                                     Facsimile: (213) 226-4684
                                     Email: lrosen@rosenlegal.com

                                     *[Proposed] Lead Counsel for Lead
                                     Plaintiff and for the Class*

MOTION OF LAWRENCE LOU TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS
LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL – Case No. 2:22-cv-08406-ODW-AGR

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:
I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On January 17, 2023, I electronically filed the following **MOTION OF LAWRENCE LOU TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on January 17, 2023.

/s/ Laurence M. Rosen
Laurence M. Rosen

MOTION OF LAWRENCE LOU TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS
LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL – Case No. 2:22-cv-08406-ODW-AGR