# Exhibit 3

**Bird Global, Inc. F/K/A Switchback II Corporation Loss Chart**
**Class Period: May 14, 2021 through November 14, 2022**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price $0.21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Lawrence Lou** | 10/28/2021 | 300 | ($9.99) | ($2,997.00) | 11/18/2022* | 5500 | $0.30 | **$1,650.00** | 0 | $0.00 | ($44,525.00) | |
| | 10/29/2021 | 700 | ($9.99) | ($6,993.00) | | | | | | | | |
| | 11/1/2021 | 1000 | ($9.96) | ($9,960.00) | | | | | | | | |
| | 11/3/2021* | 1500 | ($9.75) | ($14,625.00) | | | | | | | | |
| | 1/10/2022* | 2000 | ($5.80) | ($11,600.00) | | | | | | | | |
| | | **5500** | | **($46,175.00)** | | | | | | | | |

**\*Price per share reflects after hours trades**