# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO ARIAS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BIRD GLOBAL, INC. F/K/A SWITCHBACK II CORPORATION, TRAVIS VANDERZANDEN, AND YIBO LING,<br><br>Defendants. | Case No. 2:22-cv-08406-ODW-AGR<br><br>**[PROPOSED] ORDER GRANTING THE MOTION OF GLEN DWORKIN FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL** |
| KAREN CAIN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>BIRD GLOBAL, INC. f/k/a SWITCHBACK II CORPORATION, TRAVIS VANDERZANDEN, and YIBO LING,<br><br>Defendants. | Case No. 2:22-cv-09178-ODW-AGR |

Having considered the motion of Glen Dworkin for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Counsel (the "Motion"), and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1.    The Motion is GRANTED.

2.    The above-captioned actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a) as *In re Bird Inc. Securities Litigation*, Master File No. 2:22-cv-08406.

3.    The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints Glen Dworkin as Lead Plaintiff.

4.    Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court approves Glancy Prongay & Murray LLP as Lead Counsel for the class.

**SO ORDERED.**

Dated: _____, 2023

_____
HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE