**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| MARIO ARIAS, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> BIRD GLOBAL, INC. F/K/A SWITCHBACK II CORPORATION, TRAVIS VANDERZANDEN, and YIBO LING, <br><br> Defendants. | No. 2:22-cv-08406-ODW-AGR <br><br> **[PROPOSED] ORDER GRANTING MOTION OF DAVID BOULWARE FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL** |

[Caption continued on the next page.]

[PROPOSED] ORDER GRANTING MOT. TO CONSOL. REL. ACTIONS,
APPOINT LEAD PL. AND APPROVE THE SELECTION OF COUNSEL
Case No.: 2:22-cv-08406-ODW-AGR

| | |
|---|---|
| KAREN CAIN, Individually and On Behalf of All Others Similarly Situated,<br><br>                                    Plaintiff,<br><br>     v.<br><br>BIRD GLOBAL, INC. F/K/A SWITCHBACK II CORPORATION, TRAVIS VANDERZANDEN, and YIBO LING,<br><br>                                    Defendants. | No. 2:22-cv-09178-ODW-AGR |

Having considered the motion of David Boulware for entry of an Order: (1) consolidating the related actions; (2) appointing David Boulware ("Movant") as lead plaintiff in this action pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4, *et seq.*, and (3) approving Movant's selection of the law firm of Hagens Berman Sobol Shapiro LLP ("Hagens Berman") as lead counsel, and with good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1.    The Motion is GRANTED.

2.    Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the above-captioned actions are consolidated for all purposes (the "Consolidated Action"). This Order (the "Order") shall apply to the Consolidated Action and to each case that relates to the same subject matter that is subsequently filed in this District or is transferred to this District, and is consolidated with the Consolidated Action.

3.    A Master File is established for this proceeding. The Master File shall be Case No. 2:22-cv-08406-ODW-AGR. The Clerk shall file all pleadings in the Master File and note such filings on the Master Docket.

4.    An original of this Order shall be filed by the Clerk in the Master File.

5.    The Clerk shall mail a copy of this Order to counsel of record in the Consolidated Action.

[PROPOSED] ORDER GRANTING MOT. TO CONSOL. REL. ACTIONS,
APPOINT LEAD PL. AND APPROVE THE SELECTION OF COUNSEL - 1
Case No.: 2:22-cv-08406-ODW-AGR

6.      Every pleading in the Consolidated Action shall have the following caption:

| | |
|---|---|
| *In re Bird Global, Inc. Securities Litigation* | Case No. 2:22-cv-08406-ODW-AGR |

7.      The Court requests the assistance of counsel in calling to the attention of the Clerk of this Court the filing or transfer of any that may properly be consolidated as part of the Consolidated Action.

8.      When a case that arises out of the same subject matter as the Consolidated Action is hereinafter filed in this Court or transferred from another court, the Clerk of this Court shall:

a.      file a copy of this Order in the separate file for such action; and

b.      make the appropriate entry in the Master Docket for the Consolidated Action.

9.      Each new case that arises out of the subject matter of the Consolidated Action shall be consolidated with the Consolidated Action. This Order shall apply thereto, unless a party objects to consolidation (as provided for herein), or to any provision of this Order, within ten (10) days after the date upon which a copy of this Order is served on counsel for such party by filing an application. Nothing in the foregoing shall be construed as a waiver of Defendants' right to object to consolidate of any subsequently filed or transferred related action.

10.      The Court hereby appoints Movant as Lead Plaintiff in this action. Movant satisfies the requirements for lead plaintiff appointment under the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act.

11.      Lead Plaintiff has selected and retained Hagens Berman Sobol Shapiro LLP as Lead Counsel, and the Court approves this selection.

[PROPOSED] ORDER GRANTING MOT. TO CONSOL. REL. ACTIONS, APPOINT LEAD PL. AND APPROVE THE SELECTION OF COUNSEL - 2
Case No.: 2:22-cv-08406-ODW-AGR

12. Lead Counsel shall have authority to speak for the Plaintiffs in matters regarding pretrial and trial procedure and settlement negotiations, and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

13. Lead Counsel shall have the following responsibilities and duties:

    a. to coordinate the briefing and argument of motions;

    b. to coordinate the conduct of discovery proceedings;

    c. to coordinate the examination of witnesses in depositions;

    d. to coordinate the selection of counsel to act as a spokesperson at pretrial conferences;

    e. to call meetings of the plaintiffs' counsel as they deem necessary and appropriate from time to time;

    f. to coordinate all settlement negotiations with counsel for defendants;

    g. to coordinate and direct the pretrial discovery proceedings and the preparation for trial and the trial of this matter and to delegate work responsibilities to selected counsel as may be required; and

    h. to supervise any other matters concerning the prosecution, resolution or settlement of this action.

14. No motion, request for discovery, or other pretrial proceedings shall be initiated or filed by any plaintiffs without the approval of Lead Counsel, so as to prevent duplicative pleadings or discovery by plaintiffs. No settlement negotiations shall be conducted without the approval of Lead Counsel. Defendants' counsel may rely upon all agreements made with Lead Counsel or other duly-authorized representatives of Plaintiffs, and such agreements shall be binding on Plaintiffs.

15. Lead Counsel shall have the responsibility of receiving and disseminating Court orders and notices; and

[PROPOSED] ORDER GRANTING MOT. TO CONSOL. REL. ACTIONS, APPOINT LEAD PL. AND APPROVE THE SELECTION OF COUNSEL - 3
Case No.: 2:22-cv-08406-ODW-AGR

16.    Defendants may effect service of papers on plaintiffs by filing such papers with the Court's CM/ECF system.

IT IS SO ORDERED.

DATED: _____, 2023     _____

                                HON. OTIS D. WRIGHT, II
                                UNITED STATES DISTRICT JUDGE


                                Respectfully submitted,

DATED: January 17, 2023         HAGENS BERMAN SOBOL SHAPIRO LLP

                                *s/ Lucas E. Gilmore*
                                   LUCAS E. GILMORE

                                Reed R. Kathrein (139304)
                                Lucas E. Gilmore (250893)
                                715 Hearst Avenue, Suite 202
                                Berkeley, CA  94710
                                Telephone: (510) 725-3000
                                Facsimile:  (510) 725-3001
                                lucasg@hbsslaw.com
                                reed@hbsslaw.com

                                *Attorneys for [Proposed] Lead Plaintiff*
                                *David Boulware*

[PROPOSED] ORDER GRANTING MOT. TO CONSOL. REL. ACTIONS,
APPOINT LEAD PL. AND APPROVE THE SELECTION OF COUNSEL - 4
Case No.: 2:22-cv-08406-ODW-AGR