# EXHIBIT C

## Financial Interest Analysis

**Company Name:** Bird Global, Inc.
**Ticker:** BRDS
**Class Period:** May 14, 2021 to November 14, 2022
**Name:** Glen Dworkin

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 11/1/2021 | 1,000 | $10.2100 | -$10,210.0000 | | $0.0000 | -$10,210.00 |
| 11/1/2021 | 962 | $10.0800 | -$9,696.9600 | | $0.0000 | -$9,696.96 |
| 11/1/2021 | 38 | $10.0825 | -$383.1350 | | $0.0000 | -$383.14 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **2,000** | | | | **Subtotal:** | **-$20,290.10** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $431.57 |
| | | | $0.2158 | 2,000 | **Total:** | **-$19,858.52** |

Notes

The 90-Day Average Price used in this loss chart is the average closing price between November 14, 2022 and January 13, 2023.