Reed R. Kathrein (139304)
reed@hbsslaw.com
Lucas E. Gilmore (250893)
lucasg@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001

*Attorneys for [Proposed] Lead Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| MARIO ARIAS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BIRD GLOBAL, INC. F/K/A SWITCHBACK II CORPORATION, TRAVIS VANDERZANDEN, and YIBO LING,<br><br>Defendants. | No. 2:22-cv-08406-ODW-AGR<br><br>**DECLARATION OF LUCAS E. GILMORE IN SUPPORT OF MOTION OF DAVID BOULWARE FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**<br><br>Date:      February 27, 2023<br>Time:      1:30 p.m.<br>Courtroom: 5D, 5th Floor<br>Judge:     Hon. Otis D. Wright, II<br><br>ORAL ARGUMENT REQUESTED |

[Caption continued on the next page.]

GILMORE DECL. ISO MOT. TO CONSOL. REL. ACTIONS,
APPOINT LEAD PL. AND APPROVE THE SELECTION OF COUNSEL
Case No.: 2:22-cv-08406-ODW-AGR
011147-11/2132330 V1

KAREN CAIN, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

BIRD GLOBAL, INC. F/K/A SWITCHBACK II CORPORATION, TRAVIS VANDERZANDEN, and YIBO LING,

Defendants.

No. 2:22-cv-09178-ODW-AGR

I, Lucas E. Gilmore, declare as follows:

1.    I am a partner at the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel for David Boulware ("Movant"). I am an attorney licensed to practice law in the State of California. I make this declaration in support of Movant's motion: (1) consolidating the related actions; (2) appointing Movant as Lead Plaintiff in the above-captioned case and any others the Court may deem related pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3); (3) approving Movant's selection of Hagens Berman Sobol Shapiro LLP ("Hagens Berman") as Lead Counsel for the Class; and (4) for any such other and further relief as the Court may deem just and proper.

2.    Attached hereto as Exhibits A through D are true and correct copies of the following documents:

Exhibit A:  Movant's Certification;

Exhibit B:  Movant's Loss Calculation;

Exhibit C:  Notice of Pendency of *Arias v. Bird Global, Inc., et al.*, Case No. 2:22-cv-08406-ODW-AGR, published on November 17, 2022; and

Exhibit D:  The firm résumé of Hagens Berman Sobol Shapiro LLP.

GILMORE DECL. ISO MOT. TO CONSOL. REL. ACTIONS,
APPOINT LEAD PL. AND APPROVE THE SELECTION OF COUNSEL - 1
Case No.: 2:22-cv-08406-ODW-AGR
011147-11/2132330 V1

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 17th day of January, 2023.

/s/ Lucas E. Gilmore

LUCAS E. GILMORE

GILMORE DECL. ISO MOT. TO CONSOL. REL. ACTIONS,
APPOINT LEAD PL. AND APPROVE THE SELECTION OF COUNSEL - 2
Case No.: 2:22-cv-08406-ODW-AGR
011147-11/2132330 V1