# Exhibit B

**Loss Analysis for David Boulware - Bird Global, Inc. f/k/a Switchback II Corporation (BRDS)**
**Class Period 05/14/21 - 11/14/22**

| | | **PURCHASES** | | | | | **SALES** | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | | Amount Paid | Date | Shares | Share Price | | Amount Received |
| Pre-Class Held | | | | | | | | | | |
| Class Period | 11/01/21 | 1,000 | $10.4400 | SWBK | $10,440.00 | 11/02/21 | 500 | $8.9100 | SWBK | $4,455.00 |
| Purchases | 11/24/21 | 500 | $6.1700 | | $3,085.00 | 12/01/21 | 500 | $7.0000 | | $3,500.00 |
| | 12/28/21 | 3,000 | $6.5200 | | $19,560.00 | | | | | |
| | 03/11/22 | 3,500 | $3.9800 | | $13,930.00 | | | | | |
| | 03/16/22 | 1,000 | $3.1200 | | $3,120.00 | | | | | |
| | 03/29/22 | 2,000 | $2.5500 | | $5,100.00 | | | | | |
| | 05/20/22 | 2,000 | $0.7850 | | $1,570.00 | | | | | |
| Post Class Purchases | | | | | | Post Class Sales | | | | |
| | | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Total Shares Acquired in CP | 13,000 | Total Amt. Paid in CP | $56,805.00 | Total Shares Sold in CP | 1,000 | Total Amt. Sold in CP | $7,955.00 |

Total Shares Acquired in CP: 13,000  Total Amt. Paid in CP: $56,805.00  Total Shares Sold in CP: 1,000  Total Amt. Sold in CP: $7,955.00

Post CP Shares Sold: 0  Post CP Amount Sold: $0.00

Total Shares Sold to Current: 1,000  Total Amt. Sold to Current: $7,955.00 ALTERNATIVE

Actual Net Shares Acquired in CP: 12,000 (CP Retained Shares)

Net Amount Paid in CP: $48,850.00

Net Amount Paid in CP Minus Sold to Current Date: $48,850.00 ALTERNATIVE

**Calculation Using 90-Day Lookback**

Net Shares Acquired in CP (CP Retained Shares): 12,000 Automatically 0 if Negative

Net Shares Acquired During Class Period Held to Current Date: 12,000 Automatically 0 if Negative (ALTERNATIVE)

90-Day Mean Share Price after last Day of CP: $0.21

Value of Net Shares Acquired in CP Using 90-Day Mean Share Price: $2,560.11

Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price: $2,560.11 ALTERNATIVE

Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price: $46,289.89 ALTERNATIVE

Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price): $46,289.89

Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP): $46,289.89 ALTERNATIVE