POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for George Newman and*
*Proposed Lead Counsel for the Class*

*[Additional Counsel on Signature Page]*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO ARIAS, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>          v.<br><br>BIRD GLOBAL, INC. f/k/a SWITCHBACK II CORPORATION, TRAVIS VANDERZANDEN, and YIBO LING,<br><br>          Defendants. | Case No. 2:22-cv-08406-ODW-AGR<br><br>NOTICE OF MOTION OF GEORGE NEWMAN FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL<br><br>DATE:  February 27, 2023<br>TIME:  1:30 p.m.<br>JUDGE:  Otis D. Wright II<br>CTRM:  5D, 5th Floor |
| KAREN CAIN, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>          v.<br><br>BIRD GLOBAL, INC. f/k/a SWITCHBACK II CORPORATION, TRAVIS VANDERZANDEN, and YIBO LING,<br><br>          Defendants. | Case No. 2:22-cv-09178-ODW-AGR |

NOTICE OF MOTION - 2:22-cv-08406-ODW-AGR; 2:22-cv-09178-ODW-AGR

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that George Newman ("Newman"), by and through his counsel, will and does hereby move this Court pursuant to Federal Rule of Civil Procedure 42 and Section 21D(a)(3) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for the entry of an Order: (1) consolidating the above-captioned related actions (the "Related Actions"); (2) appointing Newman as Lead Plaintiff on behalf of a class (the "Class") consisting of all persons and entities other than the above-captioned defendants who purchased or otherwise acquired the publicly traded securities of Bird Global, Inc. f/k/a Switchback II Corporation between May 14, 2021 and November 14, 2022, both dates inclusive; and (3) approving proposed Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class.

In support of this motion, Newman submit a Memorandum of Points and Authorities, the Declaration of Jennifer Pafiti submitted herewith, the pleadings and other filings herein, and such other written and oral arguments as may be presented to the Court.

Newman is aware of Local Civil Rule 7-3, which provides, in relevant part: "[C]ounsel contemplating the filing of any motion must first contact opposing counsel to discuss thoroughly, preferably in person, the substance of the contemplated motion and any potential resolution.  The conference must take place at least 7 days prior to the filing of the motion." Here, pursuant to the PSLRA, the deadline to file a motion for appointment

as Lead Plaintiff in the Related Actions is January 17, 2023, on which date any member of the putative Class may so move. *See* 15 U.S.C. § 78u-4(a)(3)(A)(i)(II) & (a)(3)(B)(i). Newman will thus not know the identities of the other putative Class members who intend to file competing Lead Plaintiff motions until January 18, 2023—the day after the statutory deadline—making conferral with opposing counsel prior to the filing of Newman's motion papers impracticable.   Under these circumstances, Newman respectfully requests that compliance with Local Civil Rule 7-3 be waived in this instance.

Dated:  January 17, 2023                    Respectfully submitted,

POMERANTZ LLP

*/s/ Jennifer Pafiti*
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for George Newman and Proposed Lead Counsel for the Class*

BRONSTEIN, GEWIRTZ &
GROSSMAN, LLC
Peretz Bronstein
(*pro hac vice* application forthcoming)
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Additional Counsel for George Newman*

CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Jennifer Pafiti*
Jennifer Pafiti