POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for George Newman and*
*Proposed Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO ARIAS, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> BIRD GLOBAL, INC. f/k/a SWITCHBACK II CORPORATION, TRAVIS VANDERZANDEN, and YIBO LING, <br><br> Defendants. | Case No. 2:22-cv-08406-ODW-AGR <br><br> DECLARATION OF JENNIFER PAFITI IN SUPPORT OF MOTION OF GEORGE NEWMAN FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL <br><br> DATE:  February 27, 2023 <br> TIME:  1:30 p.m. <br> JUDGE:  Otis D. Wright II <br> CTRM:  5D, 5th Floor |
| KAREN CAIN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> BIRD GLOBAL, INC. f/k/a SWITCHBACK II CORPORATION, TRAVIS VANDERZANDEN, and YIBO LING, <br><br> Defendants. | Case No. 2:22-cv-09178-ODW-AGR |

DECLARATION - 2:22-cv-08406-ODW-AGR; 2:22-cv-09178-ODW-AGR

I, Jennifer Pafiti, hereby declare as follows:

1.      I am a partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of George Newman ("Newman"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Newman's motion for consolidation of the above-captioned related actions (the "Related Actions"), appointment as Lead Plaintiff for the Class in the Related Actions, and approval of his selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:   Chart setting forth Newman's financial interest in this litigation;

Exhibit B:   Press release published over *Business Wire* on November 17, 2022, announcing the pendency of the first-filed of the Related Actions;

Exhibit C:   Shareholder Certification executed by Newman;

Exhibit D:   Declaration executed by Newman; and

Exhibit E:   Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on January 17, 2023.

*/s/ Jennifer Pafiti*
Jennifer Pafiti

DECLARATION - 2:22-cv-08406-ODW-AGR; 2:22-cv-09178-ODW-AGR

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Jennifer Pafiti*
Jennifer Pafiti