# EXHIBIT A

**Bird Global, Inc. (BRDS)**
**Class Period:  May 14, 2021 to November 14, 2022**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 60-Days* Mean Price $0.2122 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| George Newman | 5/17/2022 | 2,734 | $1.1300 | ($3,089) | 11/18/2022 | (100) | $0.2553 | $26 | | | | |
| George Newman | 5/17/2022 | 47,266 | $1.1200 | ($52,938) | 11/18/2022 | (100) | $0.2553 | $26 | | | | |
| George Newman | | | | | 11/18/2022 | (100) | $0.2553 | $26 | | | | |
| George Newman | | | | | 11/18/2022 | (200) | $0.2553 | $51 | | | | |
| George Newman | | | | | 11/18/2022 | (300) | $0.2553 | $77 | | | | |
| George Newman | | | | | 11/18/2022 | (500) | $0.2553 | $128 | | | | |
| George Newman | | | | | 11/18/2022 | (700) | $0.2553 | $179 | | | | |
| George Newman | | | | | 11/18/2022 | (900) | $0.2553 | $230 | | | | |
| George Newman | | | | | 11/18/2022 | (1,400) | $0.2553 | $357 | | | | |
| George Newman | | | | | 11/18/2022 | (1,500) | $0.2553 | $383 | | | | |
| George Newman | | | | | 11/18/2022 | (1,500) | $0.2553 | $383 | | | | |
| George Newman | | | | | 11/18/2022 | (1,990) | $0.2553 | $508 | | | | |
| George Newman | | | | | 11/18/2022 | (16,275) | $0.2553 | $4,154 | | | | |
| George Newman | | | | | 11/18/2022 | (24,435) | $0.2553 | $6,237 | | | | |
| **George Newman** | | **50,000** | | **($56,027)** | | **(50,000)** | | **$12,763** | **50,000** | **0** | **0** | **($43,265)** |

*Avg Closing Prices from November 15, 2022 to January 13, 2023