Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Mario Arias*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO ARIAS, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> BIRD GLOBAL, INC. F/K/A SWITCHBACK II CORPORATION, TRAVIS VANDERZANDEN, AND YIBO LING, <br><br> Defendants. | No. 2:22-cv-08406-ODW-AGR <br><br> **RESPONSE OF PLAINTIFF MARIO ARIAS TO ORDER TO SHOW CAUSE (DKT. NO. 10)** <br><br> <u>CLASS ACTION</u> <br><br> JUDGE: Otis D. Wright, II |
| KAREN CAIN, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> BIRD GLOBAL, INC. F/K/A SWITCHBACK II CORPORATION, TRAVIS VANDERZANDEN, and YIBO LING, <br><br> Defendants. | No. 2:22-cv-09178- ODW-AGR <br><br> <u>CLASS ACTION</u> <br><br> JUDGE: Otis D. Wright, II |

1

Plaintiff Mario Arias respectfully submits this response to the Court's January 10, 2023 Order to Show Cause why this case, 2:22-cv-08406, should not be consolidated with the related case, 2:22-cv-09178.

Pursuant to the Federal Rule Civil Procedure 42(a) and in accordance with the Private Securities Litigation Reform Act of 1995, the related securities class actions, 2:22-cv-08406 and 2:22-cv-09178, should be consolidated as they involve "common issues of law or fact."

Dated: January 31, 2023     Respectfully submitted,

            **THE ROSEN LAW FIRM, P.A.**
            /s/Laurence M. Rosen
            Laurence M. Rosen, Esq. (SBN 219683)
            355 South Grand Avenue, Suite 2450
            Los Angeles, CA 90071
            Telephone: (213) 785-2610
            Facsimile: (213) 226-4684
            Email: lrosen@rosenlegal.com

            *Counsel for Mario Arias*

RESPONSE OF MARIO ARIAS TO ORDER TO SHOW CAUSE (DKT. NO. 10)
No. 2:22-cv-08406-ODW-AGR

## CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows: I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On January 31, 2023, I electronically filed the following **RESPONSE OF MARIO ARIAS TO ORDER TO SHOW CAUSE (DKT. NO. 10)** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on January 31, 2023.

/s/Laurence M. Rosen
Laurence M. Rosen

RESPONSE OF MARIO ARIAS TO ORDER TO SHOW CAUSE (DKT. NO. 10)
No. 2:22-cv-08406-ODW-AGR