POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Attorney for Plaintiff Karen Cain*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO ARIAS, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>BIRD GLOBAL, INC. f/k/a SWITCHBACK II CORPORATION, TRAVIS VANDERZANDEN, and YIBO LING,<br><br>    Defendants. | Case No. 2:22-cv-08406-ODW-AGR<br><br>RESPONSE TO COURT ORDER IN *KAREN CAIN V. BIRD GLOBAL, INC. ET AL.*, NO. 2:22-CV-09178 (C.D. CAL.), DKT. NO. 17 |

RESPONSE TO COURT ORDER - 2:22-cv-08406-ODW-AGR

On February 13, 2023, this Court entered an Order in *Karen Cain v. Bird Global, Inc. et al.*, No. 2:22-cv-09178 (C.D. Cal.) (the "Cain Action"), directing, *inter alia*, that Plaintiff Karen Cain ("Cain"), "[b]y no later than **February 16, 2023**, . . . refile her Complaint in *Arias* [*i.e.*, the above-captioned action] so that it appears on the docket in the consolidated case" (emphasis in original).  Cain Action, Dkt. No. 17.

Attached hereto as Exhibit A is a copy of the Complaint and accompanying shareholder Certification (Cain Action, Dkt. No. 1) that Cain originally filed in the Cain Action on December 19, 2022.

Dated:  February 14, 2023                    Respectfully submitted,

               POMERANTZ LLP

               */s/ Jennifer Pafiti*
               Jennifer Pafiti (SBN 282790)
               1100 Glendon Avenue, 15th Floor
               Los Angeles, California 90024
               Telephone: (310) 405-7190
               jpafiti@pomlaw.com

               *Attorney for Plaintiff Karen Cain*

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Jennifer Pafiti*
Jennifer Pafiti
