UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:22-cv-08406-ODW (AGRx) | | Date | February 14, 2023 |
|---|---|---|---|---|
| Title | *Mario Arias v. Bird Global, Inc. et al.* | | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**

The Court received and reviewed the Stipulation of Plaintiff Arias, on one hand, and Defendants, on the other hand, regarding service and response to Arias's Complaint. (Stip., ECF No. 41.)  For good cause shown, the Court **GRANTS** the Stipulation **IN PART**, as follows.

- Defendants accept service of the Initial Complaint, (ECF No. 1), waive service of the summons directed to each of them, and expressly reserve all of their respective rights, claims and defenses, including, but not limited to, all defenses relating to jurisdiction, other than a defense to the sufficiency of service.
- Defendants shall not be required to answer, move to dismiss, or otherwise respond to the Initial Complaint until after the appointment of Lead Plaintiff and Lead Counsel and Lead Plaintiff has filed a consolidated or amended complaint (if any).

**IT IS SO ORDERED.**

|   | : | 00 |
|---|---|---|
| Initials of Preparer | SE | |