UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:22-cv-08406-ODW (AGRx) | | Date | February 21, 2023 |
|---|---|---|---|---|
| Title | *Mario Arias v. Bird Global, Inc. et al.* | | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**

The Court received and reviewed the Stipulation of Plaintiff Cain, on one hand, and Defendants, on the other hand, regarding service and response to Cain's Complaint ("Refiled Complaint"). (Stip., ECF No. 45.) For good cause shown, the Court **GRANTS** the Stipulation **IN PART**, as follows.

- Defendants accept service of the Refiled Complaint. (ECF No. 43-1).
- Defendants shall not be required to answer, move to dismiss, or otherwise respond to the Refiled Complaint (or any prior version of the Refiled Complaint) until after a Lead Plaintiff has been appointed and Lead Plaintiff has filed an amended complaint (if any).

**IT IS SO ORDERED.**

|  | : | 00 |
|---|---|---|
| Initials of Preparer | SE | |