Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Mario Arias*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO ARIAS, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BIRD GLOBAL, INC. F/K/A SWITCHBACK II CORPORATION, TRAVIS VANDERZANDEN, AND YIBO LING,<br><br>Defendants. | Lead: 2:22-cv-08406-ODW-AGR<br>Consol: 2:22-cv-09178-ODW-AGR<br><br>**PLAINTIFF MARIO ARIAS' REPORT IN RESPONSE TO THE COURT'S ORDER TO FILE JOINT SUBMISSION RE: PSLRA LEAD PLAINTIFF (DKT. NO. 47)**<br><br><u>CLASS ACTION</u><br><br>JUDGE: Otis D. Wright, II<br>Hearing Date: April 17, 2023<br>Time: 1:30 p.m.<br>CTRM: 5D (Los Angeles) |

1

Plaintiff Mario Arias ("Plaintiff Arias"), through undersigned counsel, hereby respectfully submits this Report in response to the Court's February 27, 2023 Order to File Joint Submission re: PSLRA Lead Plaintiff (Dkt. No. 47).

Plaintiff Arias does not seek appointment as Lead Plaintiff as he does not appear to have the largest financial interest in this litigation within the meaning of the PSLRA.

Plaintiff Arias believes that Movant Lawrence Lou has the largest financial interest at $44,525 while excluding in-and-out losses incurred before any corrective disclosure pursuant to *Dura Pharmaceuticals, Inc. v. Broudo*, 544 U.S. 336 (2005). Dkt. No. 16-3; *see Shi v. Ampio Pharms., Inc.*, 2019 WL 13149926, at *3 (C.D. Cal. Sept. 27, 2019) (excluding in-and-out losses at the Lead Plaintiff appointment stage as "[h]ere, the complaint alleges that the class members purchased shares at artificially inflated prices, but does not allege a corresponding fall in price until the corrective disclosure was made. Thus, any shares that were sold prior to this disclosure are not properly included in a defendant's loss because their price was not negatively affected by the alleged wrongdoing.").

This Report shall have no impact on Plaintiff Arias' membership in the proposed class, Plaintiff Arias' right to share in any recovery obtained for the benefit of class members, and Plaintiff Arias' ability to serve as a representative party.

Dated:   March 20, 2023          Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**
 /s/ Laurence M. Rosen
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Mario Arias*

3

## PROOF OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing partner of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On March 20, 2023, I electronically filed the following **PLAINTIFF MARIO ARIAS' REPORT IN RESPONSE TO THE COURT'S ORDER TO FILE JOINT SUBMISSION RE: PSLRA LEAD PLAINTIFF (DKT. NO. 47)** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

I certify under penalty of perjury under the laws of the United States of America that the foregoing in true and correct.

Executed on March 20, 2023.

/s/ Laurence M. Rosen
Laurence M. Rosen

PLAINTIFF MARIO ARIAS' REPORT IN RESPONSE TO THE COURT'S ORDER TO FILE JOINT SUBMISSION RE: PSLRA LEAD PLAINTIFF (DKT. NO. 47) — 2:22-cv-08406-ODW-AGR