POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Karen Cain*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO ARIAS, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>BIRD GLOBAL, INC. f/k/a SWITCHBACK II CORPORATION, TRAVIS VANDERZANDEN, and YIBO LING,<br><br>    Defendants. | Case No. 2:22-cv-08406-ODW-AGR<br><br>CONSOLIDATED PLAINTIFF KAREN CAIN'S REPORT IN RESPONSE TO THE COURT'S ORDER TO FILE JOINT SUBMISSION RE: PSLRA LEAD PLAINTIFF (DKT. NO. 47)<br><br>DATE:  April 17, 2023<br>TIME:  1:30 p.m.<br>JUDGE:  Otis D. Wright II<br>CTRM:  5D, 5th Floor |

CONSOLIDATED PLAINTIFF KAREN CAIN'S REPORT IN RESPONSE TO THE COURT'S ORDER TO FILE JOINT
SUBMISSION RE: PSLRA LEAD PLAINTIFF (DKT. NO. 47) - 2:22-cv-08406-ODW-AGR

Consolidated Plaintiff Karen Cain ("Cain"), through undersigned counsel, hereby respectfully submits this Report in response to the Court's February 27, 2023 Order to File Joint Submission re: PSLRA Lead Plaintiff (Dkt. No. 47).

Cain does not seek appointment as Lead Plaintiff as she does not appear to have the largest financial interest in this litigation within the meaning of the PSLRA.

This Report shall have no impact on Cain's membership in the proposed class, her right to share in any recovery obtained for the benefit of class members, and her ability to serve as a representative party.

Dated:  March 20, 2023                    Respectfully submitted,

                                          POMERANTZ LLP

                                          */s/ Jennifer Pafiti*
                                          Jennifer Pafiti (SBN 282790)
                                          1100 Glendon Avenue, 15th Floor
                                          Los Angeles, California 90024
                                          Telephone: (310) 405-7190
                                          jpafiti@pomlaw.com

                                          *Counsel for George Newman*

CONSOLIDATED PLAINTIFF KAREN CAIN'S REPORT IN RESPONSE TO THE COURT'S ORDER TO FILE JOINT SUBMISSION RE: PSLRA LEAD PLAINTIFF (DKT. NO. 47) - 2:22-cv-08406-ODW-AGR

1

CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


*/s/ Jennifer Pafiti*
Jennifer Pafiti

CONSOLIDATED PLAINTIFF KAREN CAIN'S REPORT IN RESPONSE TO THE COURT'S ORDER TO FILE JOINT SUBMISSION RE: PSLRA LEAD PLAINTIFF (DKT. NO. 47) - 2:22-cv-08406-ODW-AGR

2