Reed R. Kathrein (139304)
reed@hbsslaw.com
Lucas E. Gilmore (250893)
lucasg@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001

*Attorneys for [Proposed] Lead Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MARIO ARIAS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BIRD GLOBAL, INC. F/K/A SWITCHBACK II CORPORATION, TRAVIS VANDERZANDEN, and YIBO LING,<br><br>Defendants. | No. 2:22-cv-08406-ODW-AGR<br><br>**DECLARATION OF LUCAS E. GILMORE IN FURTHER SUPPORT OF MOTION OF DAVID BOULWARE FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL** |

[Caption continued on the next page.]

GILMORE DECL. IFSO MOT. TO
APPOINT LEAD PL. AND APPROVE THE SELECTION OF COUNSEL
Case No.: 2:22-cv-08406-ODW-AGR
011147-11/2250007 V1

| KAREN CAIN, Individually and On Behalf of All Others Similarly Situated, | No. 2:22-cv-09178-ODW-AGR |
|---|---|
| Plaintiff, | |
| v. | |
| BIRD GLOBAL, INC. F/K/A SWITCHBACK II CORPORATION, TRAVIS VANDERZANDEN, and YIBO LING, | |
| Defendants. | |

I, Lucas E. Gilmore, declare as follows:

1.   I am a partner at the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel for David Boulware ("Dr. Boulware"). I am an attorney licensed to practice law in the State of California. I make this declaration in accordance with the Court's May 9, 2023 Order Regarding Filing of Rebuttal Evidence (ECF No. 53) and in connection with Dr. Boulware's Reply in further support of Dr. Boulware's motion: (1) appointing Movant as Lead Plaintiff in the above-captioned case and any others the Court may deem related pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3); (2) approving Movant's selection of Hagens Berman Sobol Shapiro LLP ("Hagens Berman") as Lead Counsel for the Class; and (3) for any such other and further relief as the Court may deem just and proper.

2.   Attached hereto as Exhibits 1 through 5 are true and correct copies of the following documents:

Exhibit 1:   Press release issued by Bird Global, Inc. entitled "Bird Announces Third Quarter 2022 Financial Results," available on the *SeekingAlpha* website as of May 16, 2023 at https://seekingalpha.com/pr/19020697-bird-announces-third-quarter-2022-financialresults . Relevant portions of the document have been highlighted;

Exhibit 2:   Transcript issued by Bird Global, Inc. entitled "Bird Global, Inc. (BRDS) Q3 2022 Earnings Call Transcript," available on the

GILMORE DECL. IFSO MOT. TO
APPOINT LEAD PL. AND APPROVE THE SELECTION OF COUNSEL - 1
Case No.: 2:22-cv-08406-ODW-AGR
011147-11/2250007 V1

*SeekingAlpha* website as of May 16, 2023 at https://seekingalpha.com/article/4557785-bird-global-inc-brds-q3-2022-earnings-calltranscript . Relevant portions of the document have been highlighted;

Exhibit 3:  Historical prices of Bird Global, Inc.'s shares (NYSE: BRDS) from November 15, 2022 through February 15, 2023, inclusive, available on the *Yahoo Finance* website as of May 16, 2023 at https://finance.yahoo.com/quote/BRDS/history?p=BRDS.  Relevant portions of the document have been highlighted;

Exhibit 4:  Biography of David Boulware, MD, MPH available on the University of Minnesota Medical School website as of May 16, 2023, at https://med.umn.edu/bio/david-boulware; and

Exhibit 5:  David Boulware, MD, MPH LinkedIn profile, available on the LinkedIn website as of May 16, 2023, at https://www.linkedin.com/in/davidboulware/.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 16th day of May, 2023.

*/s/ Lucas E. Gilmore*
LUCAS E. GILMORE

GILMORE DECL. IFSO MOT. TO APPOINT LEAD PL. AND APPROVE THE SELECTION OF COUNSEL - 2
Case No.: 2:22-cv-08406-ODW-AGR
011147-11/2250007 V1