# EXHIBIT 3

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 11/15/2022 | 0.34 | 0.34 | 0.28 | 0.294 | 0.294 | 8401000 |
| 11/16/2022 | 0.288 | 0.31 | 0.285 | 0.285 | 0.285 | 3408900 |
| 11/17/2022 | 0.28 | 0.294 | 0.234 | 0.238 | 0.238 | 5227000 |
| 11/18/2022 | 0.261 | 0.261 | 0.2 | 0.204 | 0.204 | 4127300 |
| 11/21/2022 | 0.22 | 0.27 | 0.22 | 0.22 | 0.22 | 8943700 |
| 11/22/2022 | 0.22 | 0.235 | 0.22 | 0.233 | 0.233 | 4417200 |
| 11/23/2022 | 0.222 | 0.24 | 0.221 | 0.233 | 0.233 | 1556100 |
| 11/25/2022 | 0.229 | 0.26 | 0.229 | 0.249 | 0.249 | 1166700 |
| 11/28/2022 | 0.25 | 0.25 | 0.232 | 0.24 | 0.24 | 955900 |
| 11/29/2022 | 0.239 | 0.248 | 0.233 | 0.245 | 0.245 | 1211800 |
| 11/30/2022 | 0.232 | 0.248 | 0.22 | 0.231 | 0.231 | 2628200 |
| 12/1/2022 | 0.242 | 0.245 | 0.222 | 0.227 | 0.227 | 899300 |
| 12/2/2022 | 0.22 | 0.246 | 0.22 | 0.236 | 0.236 | 2025000 |
| 12/5/2022 | 0.23 | 0.236 | 0.21 | 0.212 | 0.212 | 2302900 |
| 12/6/2022 | 0.217 | 0.225 | 0.186 | 0.192 | 0.192 | 4312600 |
| 12/7/2022 | 0.19 | 0.2 | 0.188 | 0.188 | 0.188 | 1275900 |
| 12/8/2022 | 0.18 | 0.202 | 0.18 | 0.193 | 0.193 | 1703100 |
| 12/9/2022 | 0.201 | 0.215 | 0.195 | 0.206 | 0.206 | 1178300 |
| 12/12/2022 | 0.194 | 0.21 | 0.184 | 0.202 | 0.202 | 1048200 |
| 12/13/2022 | 0.2 | 0.214 | 0.2 | 0.211 | 0.211 | 703600 |
| 12/14/2022 | 0.2 | 0.219 | 0.19 | 0.206 | 0.206 | 1456400 |
| 12/15/2022 | 0.2 | 0.21 | 0.195 | 0.196 | 0.196 | 721700 |
| 12/16/2022 | 0.192 | 0.2 | 0.15 | 0.15 | 0.15 | 3427000 |
| 12/19/2022 | 0.182 | 0.185 | 0.172 | 0.178 | 0.178 | 1968400 |
| 12/20/2022 | 0.18 | 0.195 | 0.15 | 0.16 | 0.16 | 7754900 |
| 12/21/2022 | 0.161 | 0.169 | 0.155 | 0.165 | 0.165 | 1375100 |
| 12/22/2022 | 0.16 | 0.166 | 0.15 | 0.152 | 0.152 | 3041700 |
| 12/23/2022 | 0.15 | 0.16 | 0.14 | 0.15 | 0.15 | 4373100 |
| 12/27/2022 | 0.141 | 0.16 | 0.141 | 0.15 | 0.15 | 3052600 |
| 12/28/2022 | 0.141 | 0.159 | 0.14 | 0.154 | 0.154 | 1791000 |
| 12/29/2022 | 0.156 | 0.176 | 0.15 | 0.174 | 0.174 | 3053500 |
| 12/30/2022 | 0.175 | 0.183 | 0.17 | 0.18 | 0.18 | 2111300 |
| 1/3/2023 | 0.178 | 0.204 | 0.178 | 0.203 | 0.203 | 6255500 |
| 1/4/2023 | 0.209 | 0.3 | 0.182 | 0.25 | 0.25 | 10909700 |
| 1/5/2023 | 0.23 | 0.238 | 0.22 | 0.224 | 0.224 | 1891400 |
| 1/6/2023 | 0.222 | 0.247 | 0.22 | 0.228 | 0.228 | 2041200 |
| 1/9/2023 | 0.237 | 0.248 | 0.22 | 0.223 | 0.223 | 1937900 |
| 1/10/2023 | 0.224 | 0.234 | 0.211 | 0.234 | 0.234 | 1216500 |
| 1/11/2023 | 0.24 | 0.25 | 0.24 | 0.248 | 0.248 | 1830100 |
| 1/12/2023 | 0.248 | 0.282 | 0.242 | 0.268 | 0.268 | 3013600 |
| 1/13/2023 | 0.273 | 0.279 | 0.254 | 0.267 | 0.267 | 2049500 |
| 1/17/2023 | 0.261 | 0.27 | 0.235 | 0.261 | 0.261 | 1435600 |
| 1/18/2023 | 0.269 | 0.3 | 0.25 | 0.251 | 0.251 | 2213000 |
| 1/19/2023 | 0.261 | 0.27 | 0.25 | 0.255 | 0.255 | 791600 |
| 1/20/2023 | 0.271 | 0.28 | 0.251 | 0.253 | 0.253 | 1039000 |
| 1/23/2023 | 0.253 | 0.26 | 0.245 | 0.257 | 0.257 | 946900 |

| Date | | | | | | |
|---|---|---|---|---|---|---|
| 1/24/2023 | 0.266 | 0.266 | 0.25 | 0.25 | 0.25 | 1105100 |
| 1/25/2023 | 0.254 | 0.254 | 0.235 | 0.244 | 0.244 | 723700 |
| 1/26/2023 | 0.239 | 0.25 | 0.23 | 0.232 | 0.232 | 1139800 |
| 1/27/2023 | 0.25 | 0.25 | 0.223 | 0.235 | 0.235 | 935700 |
| 1/30/2023 | 0.241 | 0.241 | 0.23 | 0.23 | 0.23 | 664500 |
| 1/31/2023 | 0.235 | 0.237 | 0.219 | 0.235 | 0.235 | 2237200 |
| 2/1/2023 | 0.231 | 0.25 | 0.229 | 0.247 | 0.247 | 2715200 |
| 2/2/2023 | 0.258 | 0.28 | 0.239 | 0.239 | 0.239 | 3472500 |
| 2/3/2023 | 0.26 | 0.265 | 0.245 | 0.252 | 0.252 | 2562400 |
| 2/6/2023 | 0.253 | 0.296 | 0.252 | 0.267 | 0.267 | 5708800 |
| 2/7/2023 | 0.271 | 0.271 | 0.237 | 0.248 | 0.248 | 2139000 |
| 2/8/2023 | 0.249 | 0.251 | 0.22 | 0.226 | 0.226 | 3041300 |
| 2/9/2023 | 0.237 | 0.239 | 0.211 | 0.211 | 0.211 | 1637800 |
| 2/10/2023 | 0.215 | 0.217 | 0.191 | 0.199 | 0.199 | 1857100 |
| 2/13/2023 | 0.194 | 0.21 | 0.191 | 0.207 | 0.207 | 1287200 |
| 2/14/2023 | 0.201 | 0.22 | 0.194 | 0.196 | 0.196 | 1514000 |
| 2/15/2023 | 0.207 | 0.21 | 0.191 | 0.207 | 0.207 | 1429600 |