# EXHIBIT 4

David Boulware | Medical School

One Stop    MyU

MEDICAL SCHOOL

MENU

# David Boulware, MD, MPH

Professor of Medicine

Preceptor, Medical Scientist Training Program (Combined MD/PhD Training Program)

Faculty, Microbiology, Immunology and Cancer Biology (MICaB) Ph.D. Graduate Program

Faculty, Division of Epidemiology and Community Health



Experts@Minnesota

PubMed article list

Division of Infectious Diseases and International Medicine

× *Biography*

# Bio

## Administrator Info

Name: IDIM Division Support

Phone: 612-624-9996

Fax: 612-625-4410

Email: IDIMdivision@umn.edu

Mail: Microbiology Research Building, 1st floor mail room, MMC 2821, 689 23rd Ave S.E., Minneapolis, MN 55455

## Summary

Dr. Boulware is an infectious disease physician-scientist with formal training in clinical trials, public health, and tropical medicine. Dr.

**+ *Selected Publications***

# Selected Publications

Hernandez, A. V., de Laurentis, L., Souza, I., Pessanha, M., Thota, P., Roman, Y. M., Barboza-Meca, J., Boulware, D. R., Vidal, J. E., 2021. Diagnostic accuracy of Xpert MTB/RIF for tuberculous meningitis: systematic review and meta-analysis.. Tropical medicine & international health : TM & IH, 26 (2): 122-132.
doi: https://doi.org/10.1111/tmi.13525 PubMed ID: 33164243.

Rajasingham, R., Smith, R. M., Park, B. J., Jarvis, J. N., Govender, N. P., Chiller, T. M., Denning, D. W., Loyse, A., Boulware, D. R., 2017. Global burden of disease of HIV-associated cryptococcal meningitis: an updated analysis.. The Lancet. Infectious diseases, 17 (8): 873-881.
doi: https://doi.org/10.1016/S1473-3099(17)30243-8 PubMed ID:

# MEDICAL SCHOOL

420 Delaware
Street SE,
Minneapolis, MN
55455

BE KIND.
PURSUE
EXCELLENCE.
MAKE A
DIFFERENCE.

Discover More

Where Discovery
Creates Hope

The Scope

Annual Reports

Contact
Us

Alumni

Give

Careers

Diversity

Faculty & Staff
Resources

One Stop

MyU

Current Students

Current Residents
& Fellows

    

© 2023 Regents of the University of Minnesota . All rights reserved. The University
of Minnesota is an equal opportunity educator and employer. Privacy Statement

Report Web Disability-Related Issue