# EXHIBIT 5

## Contact

www.linkedin.com/in/
davidboulware (LinkedIn)
med.umn.edu/bio/dom-a-z/david-
boulware (Company)

## Top Skills

Infectious Diseases

Biostatistics

Clinical Trials

## Languages

English (Native or Bilingual)

## Publications

Improved diagnostic sensitivity for tuberculous meningitis with Xpert(®) MTB/RIF of centrifuged CSF

Utility of the Xpert MTB/RIF assay for diagnosis of TB Meningitis

Clinical features and serum biomarkers in HIV immune reconstitution inflammatory syndrome after cryptococcal meningitis: a prospective cohort study

Multisite validation of cryptococcal antigen lateral flow assay and quantification by laser thermal contrast

A Randomized Trial of Hydroxychloroquine as Postexposure Prophylaxis for Covid-19

# David Boulware

Professor at University of Minnesota
Minneapolis, Minnesota, United States

## Summary

Dr. David Boulware is an infectious disease physician-scientist with additional formal training in public health, clinical trials, and tropical medicine.  Dr. Boulware's expertise is in translational research combining his training in epidemiology and biostatistics with basic science investigations in order to better understand disease pathogenesis. His primary research interests are in meningitis in resource-limited areas, specifically cryptococcal meningitis, as well as HIV immune reconstitution inflammatory syndrome (IRIS).  Dr. Boulware's current research is focused on improving diagnosis of meningitis in resource-limited settings; prevention and treatment of cryptococcal meningitis; and understanding the pathogenesis of HIV IRIS in order to improve the clinical outcomes of HIV-infected persons, particularly those with cryptococcal meningitis, the second most common AIDS-defining opportunistic infection in Sub-Saharan Africa. Dr. Boulware has active research collaborations in Uganda, South Africa, Indonesia, Ethiopia, UK, and the Netherlands.

Specialities: infectious diseases, tropical medicine, HIV/AIDS

─────

## Experience

**University of Minnesota Medical School**
Professor of Medicine
May 2019 - Present (4 years 1 month)
Minneapolis, Minnesota, United States

Infectious Disease physician; research-intensive clinical trialist

**University of Minnesota**
14 years 1 month

Lois & Richard King Distinguished Associate Professor
July 2013 - August 2021 (8 years 2 months)

Lois & Richard King Distinguished Assistant Professor
August 2007 - June 2013 (5 years 11 months)

University of Minnesota, Department of Medicine
Associate Director of Global Health
2007 - August 2021 (14 years)

———

## Education

Wabash College
BA, Chemistry · (1992 - 1996)

Indiana University School of Medicine
MD, Medicine · (1996 - 2000)

University of Minnesota-Twin Cities
Master of Public Health (MPH), Epidemiology · (2005 - 2007)