Sophia M. Rios (SBN 305801)
BERGER MONTAGUE PC
401 B Street, Suite 2000
San Diego, CA 92101
Telephone: (619) 489-0300
Email:      srios@bm.net

*Attorneys for [Proposed] Lead Plaintiff*
*Timothy R. Kane*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| MARIO ARIAS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BIRD GLOBAL, INC. F/K/A SWITCHBACK II CORPORATION, TRAVIS VANDERZANDEN, and YIBO LING,<br><br>Defendants. | No. 2:22-cv-08406-ODW-AGR<br><br>**DECLARATION OF SOPHIA M. RIOS IN SUPPORT OF TIMOTHY R. KANE'S BRIEF PURSUANT TO MAY 9, 2023 ORDER REGARDING FILING OF REBUTTAL EVIDENCE**<br><br><br>Courtroom:  5D, 5th Floor<br>Judge:       Hon. Otis D. Wright, II |

RIOS DECL. ISO TIMOTHY R. KANE'S BRIEF REGARDING REBUTTAL EVIDENCE
Case No.: 2:22-cv-08406-ODW-AGR

I, Sophia M. Rios, declare as follows:

1.      I am a member in good standing of the bar of the State of California and am admitted to practice before this Court. I submit this declaration in support of Timothy R. Kane's Brief Pursuant to May 9, 2023 Order Regarding Filing Of Rebuttal Evidence.

2.      Attached as Exhibit A is a true and correct copy of the email dated February 8, 2022, from Counsel for lead plaintiff movant Timothy R. Kane to Counsel for lead plaintiff movants Boulware, Lou, and Newman pursuant to this Court's meet and confer requirement.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 16th day of May, 2023.

/s/ Sophia M. Rios
Sophia M. Rios

RIOS DECL. ISO TIMOTHY R. KANE'S BRIEF REGARDING REBUTTAL EVIDENCE                1
Case No.: 2:22-cv-08406-ODW-AGR