# EXHIBIT A

| | |
|---|---|
| **From:** | Andrew Abramowitz |
| **To:** | Charles Linehan; jpafiti@pomlaw.com; lrosen@rosenlegal.com; lucasg@hbsslaw.com |
| **Cc:** | Michael Dell"Angelo; James Maro; Sophia Rios |
| **Subject:** | Arias v. Bird Global, Inc., 2:22-cv-09178-ODW-AGR (C.D. Cal.) |
| **Date:** | Wednesday, February 8, 2023 3:24:55 PM |

Dear Counsel:

I write pursuant to the pre-filing conference requirement in the Local Rules for the Central District of California on behalf of Timothy R. Kane, lead plaintiff movant in the above-referenced case.

On Mr. Kane's behalf, we intend to file with the Court a Request for Clarification regarding the briefing schedule governing the lead plaintiff motions filed on January 17, 2023.  Through this Request, we intend to:

(i)     seek clarification from the Court as to the correct deadline to file responses in opposition to the lead plaintiff motions, in light of the Court's having continued the hearing date from February 27, 2023 to April 17, 2023;

(ii)     set forth our position that, under the Court's General Motion Requirements and Local Rule 7-11, the continuance of the hearing date for a reason other than a lack of availability – as was the case here – resulted in an adjustment of the briefing schedule such that opposition briefs are now due by March 27, 2023 (14 days preceding the new hearing) and replies are now due by April 3, 2023 (7 days preceding the new hearing); and

(iii)     request leave to file a late response should the Court find that the original schedule controls.

Please let us know by **4:00 pm PT today** whether you oppose or do not oppose this request for clarification and, if necessary, leave to file a late response.

Thank you.

**Andrew Abramowitz** / *Senior Counsel*

☐ 215.875.3015    ☐ 215.380.0718

☐ 1818 MARKET STREET, SUITE 3600
PHILADELPHIA, PA 19103