UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | Lead: 2:22-cv-08406-ODW (AGRx) | Date | June 13, 2023 |
|---|---|---|---|
| | Consol: 2:22-cv-09178-ODW (AGRx) | | |
| Title | *Mario Arias v. Bird Global, Inc. et al.* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**   **Order GRANTING Ex Parte Application [57] and SETTING Response Deadline**

The Court received and reviewed Lead Plaintiff Boulware's Ex Parte Application for an extension of time to file an Amended Consolidated Complaint, (Ex Parte Appl., ECF No. 57), and Defendants' Opposition thereto, (Opp'n, ECF No. 58). Considering all the facts and circumstances, Boulware's request is reasonable, and Defendants do not demonstrate that any material prejudice would result from granting the request.

Accordingly, the Court **GRANTS** Boulware's ex parte application. (ECF No. 57.) Boulware's deadline for filing an Amended Consolidated Complaint is hereby **CONTINUED** to **August 11, 2023**. Moreover, the Court **ORDERS** that Defendants' answers or other responses to the Amended Consolidated Complaint are due no later than **thirty (30) days** after the Amended Consolidated Complaint is filed.

**IT IS SO ORDERED.**

| | : | 00 |
|---|---|---|
| Initials of Preparer | SE | |