JASON DE BRETTEVILLE, State Bar No. 195069
 jdebretteville@stradlinglaw.com
LISA M. NORTHRUP, State Bar No. 293784
 lnorthrup@stradlinglaw.com
TUCKER ATKINS, State Bar No. 343188
 tatkins@stradlinglaw.com
STRADLING YOCCA CARLSON & RAUTH
A PROFESSIONAL CORPORATION
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone:  949 725 4000
Facsimile:  949 725 4100

Attorneys for Defendants
BIRD GLOBAL, INC.,
TRAVIS VANDERZANDEN, YIBO LING,
JIM MUTRIE, and SCOTT McNEILL

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DAVID BOULWARE and LAWRENCE LOU, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BIRD GLOBAL, INC., TRAVIS VANDERZANDEN, YIBO LING, JIM MUTRIE, and SCOTT MCNEILL,<br><br>Defendants. | Lead Case No. 2:22-CV-08406-ODW-AGRx<br>*Member Case No.: 2:22-cv-09178-ODW-AGRx*<br><br>Hon. Otis D. Wright, II<br>Magistrate Alicia G. Rosenberg<br><br>**DEFENDANTS BIRD GLOBAL, INC., TRAVIS VANDERZANDEN, YIBO LING, SCOTT McNEILL, AND JIM MUTRIE'S OBJECTION TO PLAINTIFF'S NOTICE OF INTENT TO MOVE FOR LEAVE TO AMEND COMPLAINT**<br><br><br>Case Consolidated: February 13, 2023<br>Consolidated Complaint Filed: August 10, 2023<br>Trial Date:  Not Set |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

4883-4117-4928v4/107426-0006                      2:22-CV-08406-ODW-AGR

Defendants Bird Global, Inc., Travis VanderZanden, Yibo Ling, Jim Mutrie, and Scott McNeill (collectively "Defendants") object to this so-called notice filed by Lead Counsel[1], not on behalf of their own client, who they say lacks standing, but on behalf of an unidentified person, who has not filed a notice of appearance in this action.  This facially improper notice can only be understood as improper supplemental briefing in support of Plaintiffs' opposition to the Motion to Dismiss that has been taken under submission by this Court.  (*See* Dkt. 79.)  The notice should be rejected by the Court and stricken from the record.  Furthermore, the limited information provided about the hypothetical new plaintiff and hypothetical new cause of action does not have any apparent relevance to the Motion to Dismiss.  (*See* Dkt. 80 at 1.)  Adding a new plaintiff and new cause of action could not do anything to strengthen the deficiently pleaded causes of action presently pending before the Court.  Indeed, given Plaintiff's admission that he does not have standing to bring the proposed hypothetical new cause of action, that amendment cannot even begin to weigh against a dismissal of the complaint with prejudice.

Dated:  November 15, 2023            STRADLING YOCCA CARLSON & RAUTH
                                     A PROFESSIONAL CORPORATION


                                     By:  */s/ Jason de Bretteville*
                                          Jason de Bretteville
                                          Lisa M. Northrup
                                          Tucker Atkins
                                          Attorneys for Defendants

                                          BIRD GLOBAL, INC, TRAVIS
                                          VANDERZANDEN, YIBO LING, JIM
                                          MUTRIE, and SCOTT McNEILL

---

[1] The improper notice was submitted by both Hagens Berman Sobol Shapiro LLP (selected as lead counsel for lead plaintiff) and the Rosen Law Firm.  (*See* Dkt. 56 at 17.)  The inclusion of the Rosen Law Firm that was not selected as lead counsel is in seeming contravention of the court's oversight under the Private Securities Litigation Reform Act.  The potential impropriety of which we leave to the Court.

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-2-