Lucas E. Gilmore (250893)
Reed R. Kathrein (139304)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
lucasg@hbsslaw.com
reed@hbsslaw.com

*Lead Counsel and Counsel for*
*Lead Plaintiff David Boulware*

*[Additional counsel on signature page]*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| DAVID BOULWARE and LAWRENCE LOU, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BIRD GLOBAL, INC., TRAVIS VANDERZANDEN, YIBO LING, JIM MUTRIE, and SCOTT MCNEILL,<br><br>Defendant. | Lead Case No. 2:22-cv-08406-ODW (AGRx)<br><br>**DECLARATION OF LUCAS E. GILMORE IN SUPPORT OF LEAD PLAINTIFF DAVID BOULWARE'S MOTION FOR LEAVE TO FILE [PROPOSED] SECOND AMENDED COMPLAINT** |

DECLARATION OF LUCAS GILMORE IN SUPPORT OF
MOTION FOR LEAVE TO FILE [PROPOSED] SECOND AMENDED COMPLAINT

I, Lucas E. Gilmore, declare as follows:

1.      I, Lucas E. Gilmore, am a Partner at the law firm Hagens Berman Sobol Shapiro LLP. I submit this declaration under penalty of perjury in connection with the contemporaneously filed Motion for Leave to File [Proposed] Second Amended Complaint in the above-captioned matter. The facts stated herein are based on my personal knowledge.

2.      Attached hereto as **Exhibit 1** is a true and accurate copy of the [Proposed] Second Amended Consolidated Class Action Complaint.

3.      Attached hereto as **Exhibit 2** is a true and accurate copy of a redlined comparison of the [Proposed] Second Amended Consolidated Class Action Complaint and the currently operative Amended Consolidated Class Action Complaint (ECF No. 63).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on December 18, 2023, in San Diego, California.


/s/ *Lucas E. Gilmore*
Lucas E. Gilmore

-1-                                    No. 2:22-cv-08406-ODW (AGRX)
DECLARATION OF LUCAS GILMORE IN SUPPORT OF
MOTION FOR LEAVE TO FILE [PROPOSED] SECOND AMENDED COMPLAINT