**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| DAVID BOULWARE and LAWRENCE LOU, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> BIRD GLOBAL, INC., TRAVIS VANDERZANDEN, YIBO LING, JIM MUTRIE, and SCOTT MCNEILL, <br><br> Defendant. | Lead Case No. 2:22-cv-08406-ODW (AGRx) <br><br> **[PROPOSED] ORDER GRANTING LEAD PLAINTIFF DAVID BOULWARE'S MOTION FOR LEAVE TO FILE [PROPOSED] SECOND AMENDED COMPLAINT** |

The Court, having reviewed Lead Plaintiff David Boulware's Motion for Leave to File [Proposed] Second Amended Complaint, the pleadings in this action, and good cause appearing, hereby GRANTS the motion.

IT IS HEREBY ORDERED that Lead Plaintiff's motion is GRANTED. Lead Plaintiff shall file the Second Amended Complaint on the docket within five (5) days of this Order.

**IT IS SO ORDERED.**

Dated: _____, 2023

_____
OTIS D. WRIGHT, II
United States District Judge

- 1 -