JASON DE BRETTEVILLE, State Bar No. 195069
  jdebretteville@stradlinglaw.com
LISA M. NORTHRUP, State Bar No. 293784
  lnorthrup@stradlinglaw.com
TUCKER ATKINS, State Bar No. 343188
  tatkins@stradlinglaw.com
STRADLING YOCCA CARLSON & RAUTH LLP
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone:  949 725 4000
Facsimile:  949 725 4100

Attorneys for Defendants
BIRD GLOBAL, INC.,
TRAVIS VANDERZANDEN, YIBO LING
JIM MUTRIE, and SCOTT MCNEILL

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DAVID BOULWARE and LAWRENCE LOU, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BIRD GLOBAL, INC., TRAVIS VANDERZANDEN, YIBO LING, JIM MUTRIE, and SCOTT MCNEILL,<br><br>Defendants. | Lead Case No. 2:22-CV-08406-ODW-AGRx<br>*Member Case No.: 2:22-cv-09178-ODW-AGRx*<br><br>Hon. Otis D. Wright, II<br>Magistrate Alicia G. Rosenberg<br><br>**BIRD GLOBAL, INC.'S NOTICE OF SUGGESTION OF BANKRUPTCY**<br><br><br><br>Case Consolidated: February 13, 2023<br>Consolidated Complaint Filed: August 10, 2023<br>Trial Date:  Not Set |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

4881-3584-1945v5/107426-0006

2:22-CV-08406-ODW-AGR

Defendant Bird Global, Inc. ("Bird" or the "Debtor") states as follows:

1.      On December 20, 2023, Bird filed a voluntary Chapter 11 petition in the United States Bankruptcy Court for the Southern District of Florida, Miami Division, under case number 23-BK-20514-CLC. A true and correct copy of Bird's bankruptcy filing is attached as **Exhibit A**.

2.      Due to the bankruptcy filing, Bird's property is subject to the jurisdiction of the United States Bankruptcy Court for the Southern District of Florida.

3.      Under 11 U.S.C. section 362, this matter is automatically stayed. Section 362 provides that a bankruptcy stay applies to "the … continuation … of a judicial … action or proceeding against the debtor that was or could have been commenced before" the Debtor's bankruptcy filing, "or to recover a claim against the debtor that arose before the commencement of the case under this title[.]" 11 U.S.C. § 362(a)(1). This is such a case.

4.      The Southern District of Florida bankruptcy proceeding has not been dismissed.

5.      Due to the nature of Plaintiffs' claims, "it is not possible to draw a meaningful distinction between claims asserted against [Bird] and" the claims against Messrs. Vanderzanden, Ling, Mutrie, and McNeill (together, the "Individuals"). *Hittle v. City of Stockton*, No. 2:12-cv-766-GEB-KJN, 2012 U.S. Dist. LEXIS 127045, at *6 (E.D. Cal. Sept. 5, 2012) (quoting *Lewis v. Russell*, No. CIV S-03-2646, 2009 U.S. Dist. LEXIS 41539, at *2 (E.D. Cal. May 7, 2009)). As a result, proceeding against any Defendant would require the Court to improperly "rule on issues that require the court to consider the possible liability of the debtor in the underlying case." *Lewis*, 2009 U.S. Dist. LEXIS 41539, at *2.  Conversely, staying the proceeding against all Defendants will (i) avoid requiring the Court to adjudicate the possible liability of Bird in resolving Plaintiffs' interdependent

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

BIRD GLOBAL, INC'S NOTICE OF SUGGESTION OF BANKRUPTCY

4881-3584-1945v5/107426-0006                    2:22-CV-08406-ODW-AGR

claims against the Individuals, and (ii) promote judicial economy and conserve the parties' resources by not requiring duplication of proceedings.

6. Bird therefore respectfully suggests that this proceeding be stayed as to all Defendants pending resolution of the Southern District of Florida bankruptcy proceeding or a lift of the section 362 stay.


Plaintiff's counsel:

Laurence M. Rosen

Rosen Law Firm PA

355 South Grand Avenue, Suite 2450

Los Angeles, CA 90071

Email: lrosen@rosenlegal.com

DATED:  January 3, 2024   STRADLING YOCCA CARLSON & RAUTH LLP


By:   *s/ Jason de Bretteville*
Jason de Bretteville
Lisa M. Northrup
Tucker Atkins
Attorneys for Defendants
BIRD GLOBAL, INC, TRAVIS VANDERZANDEN, YIBO LING, JIM MUTRIE, and SCOTT McNEILL

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-3-