JASON DE BRETTEVILLE, State Bar No. 195069
 jdebretteville@stradlinglaw.com
LISA M. NORTHRUP, State Bar No. 293784
 lnorthrup@stradlinglaw.com
TUCKER ATKINS, State Bar No. 343188
 tatkins@stradlinglaw.com
STRADLING YOCCA CARLSON & RAUTH LLP
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone:  949 725 4000
Facsimile:  949 725 4100

Attorneys for Defendants
BIRD GLOBAL, INC.,
TRAVIS VANDERZANDEN, YIBO LING
JIM MUTRIE, and SCOTT MCNEILL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DAVID BOULWARE and LAWRENCE LOU, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BIRD GLOBAL, INC., TRAVIS VANDERZANDEN, YIBO LING, JIM MUTRIE, and SCOTT MCNEILL,<br><br>Defendants. | Lead Case No. 2:22-CV-08406-ODW-AGRx<br>*Member Case No.: 2:22-cv-09178-ODW-AGRx*<br><br>Hon. Otis D. Wright, II<br>Magistrate Alicia G. Rosenberg<br><br>**[PROPOSED] ORDER RE BIRD GLOBAL, INC.'S NOTICE OF SUGGESTION OF BANKRUPTCY**<br><br><br>Case Consolidated: February 13, 2023<br>Consolidated Complaint Filed: August 10, 2023<br>Trial Date:  Not Set |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

4887-8730-1786v2/107426-0006

2:22-CV-08406-ODW-AGR

After full consideration of the matter, and for good cause appearing having been shown,

**IT IS HEREBY ORDERED** that this matter is **STAYED** as to all Defendants pending resolution of Defendant Bird Global, Inc.'s bankruptcy in the United States Bankruptcy Court for the Southern District of Florida, case number 23-BK-20514-CLC, or until the automatic stay under 11 U.S.C. section 362 is lifted.

Dated: _____

_____
The Honorable Otis D. Wright, II
United States District Judge

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-2-