UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | 2:22-cv-08406-ODW (AGRx) | Date | January 3, 2024 |
|---|---|---|---|
| Title | *Mario Arias v. Bird Global, Inc. et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**                     **In Chambers**

The Court is in receipt of the Notice of Suggestion of Bankruptcy Filing, filed by Defendant Bird Global, Inc., indicating that it has commenced a voluntary Chapter 11 bankruptcy action in the United States Bankruptcy Court for the Southern District of Florida on December 20, 2023.  (ECF No. 85.)

In light of the automatic stay associated with a Chapter 11 filing, as set forth at 11 U.S.C. § 362, the Court **ORDERS** the parties to meet and confer concerning the proposed handling of this action.  *See Parker v. Bain*, 68 F.3d 1131, 1137 (9th Cir. 1995) (adopting the reasoning of *Maritime Elec. Co., Inc. v. United Jersey Bank*, 959 F.2d 1194, 1203–04 (3d Cir. 1991)); *see id.* at 1139 n.13 ("[T]he automatic stay of 11 U.S.C. § 362(a) is not available to non-bankrupt co-defendants of a debtor even if they are in a similar legal or factual nexus with the debtor." (quoting *Maritime*, 959 F.2d at 1205)).

After meeting and conferring, the parties shall submit a joint status report to the Court setting forth their proposal in light of the automatic stay.  The parties shall file their status report on or before **January 17, 2024**.

**IT IS SO ORDERED.**

_____  :  ___00___

Initials of Preparer   SE