JASON DE BRETTEVILLE, State Bar No. 195069
jdebretteville@stradlinglaw.com
LISA M. NORTHRUP, State Bar No. 293784
lnorthrup@stradlinglaw.com
TUCKER ATKINS, State Bar No. 343188
tatkins@stradlinglaw.com
STRADLING YOCCA CARLSON & RAUTH LLP
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: 949 725 4000
Facsimile: 949 725 4100

Attorneys for Defendants
BIRD GLOBAL, INC.,
TRAVIS VANDERZANDEN, YIBO LING,
JIM MUTRIE, and SCOTT McNEILL

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DAVID BOULWARE and LAWRENCE LOU, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BIRD GLOBAL, INC., TRAVIS VANDERZANDEN, YIBO LING, JIM MUTRIE, and SCOTT MCNEILL,<br><br>Defendants. | Lead Case No. 2:22-CV-08406-ODW-AGRx<br>*Member Case No.: 2:22-cv-09178-ODW-AGRx*<br><br>Hon. Otis D. Wright, II<br>Magistrate Alicia G. Rosenberg<br><br>**DECLARATION OF LISA M. NORTHRUP IN SUPPORT OF DEFENDANTS TRAVIS VANDERZANDEN, YIBO LING, SCOTT McNEILL, AND JIM MUTRIE'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE PROPOSED SECOND AMENDED COMPLAINT**<br><br>Related to Dkt. 84<br><br>Hearing<br>Date:          February 26, 2024<br>Time:          1:30 p.m.<br>Courtroom: 5D, 5th Floor<br><br>Case Consolidated: February 13, 2023<br>Consolidated Complaint Filed: August 10, 2023<br>Trial Date: Not Set |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

4880-7377-3723v2/107426-0006

2:22-CV-08406-ODW-AGR

I, Lisa M. Northrup, declare as follows:

1.    I am an attorney licensed to practice law in the State of California and a partner of Stradling Yocca Carlson & Rauth LLP.  I am counsel of record for Travis VanderZanden, Yibo Ling, Scott McNeill, and Jim Mutrie (collectively the " Individual Defendants").  I make this declaration in support of the Individual Defendants' Opposition to Plaintiff's Motion for Leave to file a Proposed Second Amended Complaint.  I have personal knowledge of the following facts and could testify competently to them if necessary.

2.    Attached hereto as **Exhibit 1** is a true and correct copy of a Hagens Berman Sobol Shapiro LLP press release titled "HAGENS BERMAN Alerts Bird Global (BRDS) Investors to Jan. 17th Deadline in Securities Class Action, Encourages Investors with Significant Losses to Contact Firm's Attorneys," dated January 8, 2023, available on the GlobeNewswire website as of January 16, 2024 at:  https://www.globenewswire.com/news-release/2023/01/08/2584733/0/en/HAGENS-BERMAN-Alerts-Bird-Global-BRDS-Investors-to-Jan-17th-Deadline-in-Securities-Class-Action-Encourages-Investors-with-Significant-Losses-to-Contact-Firm-s-Attorneys.html.

3.    Attached hereto as **Exhibit 2** is a true and correct copy of a The Rosen Law Firm press release titled "EQUITY ALERT: Rosen Law Firm Files Securities Class Action Lawsuit Against Bird Global, Inc. – BRDS," dated November 17, 20222, available on the Business Wire website as of January 16, 2024 at:  https://www.businesswire.com/news/home/20221117006079/en/EQUITY-ALERT-Rosen-Law-Firm-Files-Securities-Class-Action-Lawsuit-Against-Bird-Global-Inc.-%E2%80%93-BRDS.

4.    Attached hereto as **Exhibit 3** is a true and correct copy of a Pomerantz Law Firm press release titled "SHAREHOLDER ALERT: Pomerantz Law Firm Reminds Shareholders with Losses on their Investment in Bird Global, Inc. f/k/a Switchback II Corporation Class Action Lawsuit and

-2-

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

DECLARATION OF LISA M. NORTHRUP

4880-7377-3723v2/107426-0006

2:22-CV-08406-ODW-AGR

Upcoming Deadline -BRDS," dated January 9, 2023, available on the GlobalNewswire website as of January 16, 2024 at: https://www.globenewswire.com/news-release/2023/01/09/2585575/0/en/ SHAREHOLDER-ALERT-Pomerantz-Law-Firm-Reminds-Shareholders-with-Losses-on-their-Investment-in-Bird-Global-Inc-f-k-a-Switchback-II-Corporation-Class-Action-Lawsuit-and-Upcoming-Deadl.html.

5.    Attached hereto as **Exhibit 4** is a true and correct copy of a Berger Montague press release titled "SHAREHOLDER ALERT:  Berger Montague Advises Investors That a Securities Fraud Class Action Lawsuit Was Filed Against Bird Global, Inc. (NYSE: BRDS) F/K/A SWITCHBACK II CORPORATION (NYSE: SWBK); Lead Plaintiff Deadline is January 17, 2023," dated January 4, 2023, available on the Accesswire website as of January 16, 2024 at: https://www.accesswire.com/734062/shareholder-alert-berger-montague-advises-investors-that-a-securities-fraud-class-action-lawsuit-was-filed-against-bird-global-inc-nyse-brds-fka-switchback-ii-corporation-nyse-swbk-lead-plaintiff-deadline-is-january-17-2023.

//
//
//
//
//
//
//
//
//
//
//
//

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-3-
DECLARATION OF LISA M. NORTHRUP

4880-7377-3723v2/107426-0006

2:22-CV-08406-ODW-AGR

6.    Attached hereto as **Exhibit 5** is a true and correct copy of a Glancy Prongay & Murray LLP press release titled "Glancy Prongay & Murray LLP Reminds Investors of Looming Deadline in the Class Action Lawsuit Against Bird Global, Inc. f/k/a Switchback II Corporation (BRDS)," dated November 30, 2022, available on the Business Wire website as of January 16, 2024 at: https://www.businesswire.com/news/home/20221130005388/en/Glancy-Prongay-Murray-LLP-Reminds-Investors-of-Looming-Deadline-in-the-Class-Action-Lawsuit-Against-Bird-Global-Inc.-fka-Switchback-II-Corporation-BRDS.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed on January 16, 2024, at Newport Beach, California.

Dated:  January 16, 2024

By: _____
Lisa M. Northrup
Attorneys for Defendants

BIRD GLOBAL, INC, TRAVIS VANDERZANDEN, YIBO LING, JIM MUTRIE, and SCOTT McNEILL

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-4-
DECLARATION OF LISA M. NORTHRUP

4880-7377-3723v2/107426-0006                    2:22-CV-08406-ODW-AGR