# EXHIBIT 1


NEWSROOM    SERVICES⌄    CONTACT US    FRANÇAIS    SIGN IN    REGISTER



## HAGENS BERMAN Alerts Bird Global (BRDS) Investors to Jan. 17th Deadline in Securities Class Action, Encourages Investors with Significant Losses to Contact Firm's Attorneys

January 08, 2023 10:39 ET| Source: Hagens Berman Sobol Shapiro LLP    Follow

### Press Release Actions
Print
Download PDF
Subscribe via RSS
Subscribe via ATOM
Javascript

**Share**

SAN FRANCISCO, Jan. 08, 2023 (GLOBE NEWSWIRE) -- Hagens Berman urges Bird Global, Inc. **(NYSE: BRDS)** investors who suffered significant losses to submit your losses now.

**Class Period:** May 14, 2021 – Nov. 14, 2022
**Lead Plaintiff Deadline:** Jan. 17, 2023
**Visit:** www.hbsslaw.com/investor-fraud/BRDS
**Contact An Attorney Now:** BRDS@hbsslaw.com
                    **844-916-0895**

**Bird Global, Inc. (NYSE: BRDS) Securities Fraud Class Action:**

The litigation challenges Bird's reported financial results and accounting for its primary source of revenues – namely, from Bird's Sharing business – whereby customers generally pay for rides from their preloaded wallet balances on a per-ride basis, and revenue is recognized at the completion of the ride.

According to the complaint, Defendants failed to disclose that: (1) Bird was improperly recording Sharing revenue for certain trips by its customers when collection was not probable; (2) as such, Bird was overstating its Sharing revenue for the relevant quarters and fiscal year during the Class Period; (3) Bird failed to disclose that its internal controls were not effective as they relate to calculating Sharing revenue; and, (4) as a result, Bird would need to restate its previously disclosed Sharing revenue.

Investors learned the truth on Nov. 14, 2022, when Bird announced that investors should no longer rely on the company's audited financial statements for the years ended Dec. 31, 2021 and 2020, its quarterly financial statements within those years, or on its financial statements for the quarters ended March 31 and June 30, 2022. The company admitted it improperly recorded Sharing revenues for those periods when collectability was not probable, and further admitted that it recorded revenues for customers with insufficient pre-loaded wallet balances.

This news drove the price of Bird shares crashing 15% lower that day.

"We're focused on investors' losses and proving Bird cooked its books," said Reed Kathrein, the Hagens Berman partner leading the investigation.

If you invested in Bird and have significant losses, or have knowledge that may assist the firm's investigation, click here to discuss your legal rights with Hagens Berman.

**Whistleblowers:** Persons with non-public information regarding Bird should consider their options to help in the investigation or take advantage of the SEC Whistleblower program. Under the new program, whistleblowers who provide original information may receive rewards totaling up to 30 percent of any successful recovery made by the SEC. For more information, call Reed Kathrein at **844-916-0895** or email BRDS@hbsslaw.com.

About Hagens Berman

Hagens Berman is a global plaintiffs' rights complex litigation law firm focusing on corporate accountability through class-action law. The firm is home to a robust securities litigation practice and represents investors as well as whistleblowers, workers, consumers and others in cases achieving real results for those harmed by corporate negligence and fraud. More about the firm and its successes can be found at hbsslaw.com. Follow the firm for updates and news at @ClassActionLaw.

Contact:

Reed Kathrein, 844-916-0895

**Tags**

BRDS class action    BRDS investor    BRDS investor fraud    BRDS lawsuit    BRDS securities    BRDS stock

BRDS securities class action    Class Action

**Related Links**

- Hagens Berman BRDS Alert

## Recommended Reading



January 04, 2024 15:01 ET

Source: Hagens Berman Sobol Shapiro LLP

SLRN 12-DAY DEADLINE ALERT: Hagens Berman, National Trial Attorneys, Encourages SLRN Investors with Substantial Losses to Contact Firm...

SAN FRANCISCO, Jan. 04, 2024 (GLOBE NEWSWIRE) -- Hagens Berman urges Acelyrin, Inc. (NASDAQ: SLRN) investors who suffered substantial losses to submit your losses now. Class Period: May 4,...

January 04, 2024 14:56 ET

Source: Hagens Berman Sobol Shapiro LLP

SKIN 12-DAY DEADLINE ALERT: Hagens Berman, National Trial Attorneys, Encourages Beauty Health Company (SKIN) Investors with Substantial...

SAN FRANCISCO, Jan. 04, 2024 (GLOBE NEWSWIRE) -- Hagens Berman urges The Beauty Health Company (NASDAQ: SKIN) investors who suffered substantial losses to submit your losses now. Class Period: May...

Read More

## Explore









**Commercial Aircraft Leasing Market size to grow by...**
January 04, 2024 19:00 ET

**Global Direct Dyes Market to Reach $414.7 Million ...**
January 04, 2024 18:38 ET

**Sterile Injectable Drugs Market Projected to Surge...**
January 04, 2024 18:28 ET

**TuffWrap Commemorates 25 years by "Celebrating Sil...**
January 04, 2024 18:28 ET

### About Us

GlobeNewswire is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases, financial disclosures and multimedia content to media, investors, and consumers worldwide.

Follow us on social media:

### Newswire Distribution Network & Management

- Home
- Newsroom
- RSS Feeds
- Legal
- Contact us