# EXHIBIT 5





# Glancy Prongay & Murray LLP Reminds Investors of Looming Deadline in the Class Action Lawsuit Against Bird Global, Inc. f/k/a Switchback II Corporation (BRDS)

November 30, 2022 01:00 PM Eastern Standard Time

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP ("GPM") reminds investors of the upcoming **January 17, 2023** deadline to file a lead plaintiff motion in the class action filed on behalf of investors who purchased or otherwise acquired Bird Global, Inc. f/k/a Switchback II Corporation ("Bird" or the "Company") (NYSE: BRDS) securities between **May 14, 2021 and November 14, 2022**, inclusive (the "Class Period").

If you suffered a loss on your Bird investments or would like to inquire about potentially pursuing claims to recover your loss under the federal securities laws, you can submit your contact information at www.glancylaw.com/cases/bird-global-inc/. You can also contact Charles H. Linehan, of GPM at 310-201-9150, Toll-Free at 888-773-9224, or via email at shareholders@glancylaw.com to learn more about your rights.

On November 14, 2022, Bird announced that it would restate its financial statements for certain periods in 2020, 2021, and 2022. According to the Company, the restatements seek to correct errors regarding "recognition of revenue on certain trips completed by customers of its Sharing business for which collectability was not probable."

On this news, Bird's share prices fell $0.069, or more than 15%, to close at $0.364 per share on November 14, 2022, thereby injuring investors.

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors that: (1) Bird was improperly recording Sharing Revenue for certain trips by its customers where collection was not probable; (2) as such, Bird overstated its Sharing Revenue for the relevant quarters and fiscal year during the Class Period; (3) Bird failed to disclose that its internal controls were not effective as they relate to calculating Sharing Revenue recognition; (4) as a result, Bird would need to restate its previously disclosed Sharing Revenue; and (5) as a result, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis at all relevant times.

Follow us for updates on LinkedIn, Twitter, or Facebook.

If you purchased or otherwise acquired Bird securities during the Class Period, you may move the Court no later than **January 17, 2023** to request appointment as lead plaintiff in this putative class action lawsuit. To be a member of the class action you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the class action. If you wish to learn more about this class action, or if you have any questions concerning this announcement or your rights or interests with respect to the pending class action lawsuit, please contact

Charles Linehan, Esquire, of GPM, 1925 Century Park East, Suite 2100, Los Angeles, California 90067 at 310-201-9150, Toll-Free at 888-773-9224, by email to shareholders@glancylaw.com, or visit our website at www.glancylaw.com. If you inquire by email please include your mailing address, telephone number and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

## Contacts

Glancy Prongay & Murray LLP, Los Angeles

Charles Linehan, 310-201-9150 or 888-773-9224

shareholders@glancylaw.com

www.glancylaw.com