Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Lead Counsel and Counsel for*
*Lead Plaintiff David Boulware*

*[Additional counsel on signature page]*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| DAVID BOULWARE and LAWRENCE LOU, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BIRD GLOBAL, INC., TRAVIS VANDERZANDEN, YIBO LING, JIM MUTRIE, and SCOTT MCNEILL,<br><br>Defendants. | Lead Case No. 2:22-cv-08406-ODW (AGRx)<br><br>**JOINT RESPONSE TO ORDER TO SHOW CAUSE** |

**TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:**

Pursuant to the Court's October 1, 2024 order to show cause (Dkt. 101, the "Order"), Defendants Travis VanderZanden, Yibo Ling, Jim Mutrie, and Scott McNeill (together, the "Individual Defendants") and Lead Plaintiff David Boulware ("Plaintiff," and together with the Individual Defendants, the "Parties") submit this joint response to the Order regarding the automatic stay in Defendant Bird Global, Inc.'s ("Bird") bankruptcy proceedings and the stay in this matter.

It is the position of the Individual Defendants that pursuant to the injunction set forth in the Second Amended Joint Chapter 11 Plan of Liquidation, and as confirmed by the bankruptcy court, that Plaintiff is enjoined from proceeding in this action against Bird Global, Inc. *See In re Bird Global, Inc., S.D. Fla. Bankr*. No. 1:23-bk-20514-CLC, Dkt. 802 at § 13.10 (Second Amended Plan); Dkt. 1205 (order confirming Second Amended Plan).  Thus as long as Bird remains a defendant in the matter, then the same reasons that previously supported granting a stay extending to the Individual Defendants, including judicial efficiency and issues arising from potentially separately litigating Plaintiff's claims where the potential liability of Bird and the Individual Defendants is intertwined, still apply to continue supporting the present stay of the matter.  (*See* Dkt. 91 at 2-7.). Plaintiff does not contest that the stay remains in place as to Bird Global, Inc. at this time.

DATED: October 8, 2024

Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By: */s/ Lucas E. Gilmore*
Lucas E. Gilmore (250893)
Reed R. Kathrein (139304)
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: lucasg@hbsslaw.com
Email: reed@hbsslaw.com

Nathan Emmons (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
455 N. Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949
Facsimile: (708) 628-4950
Email: nathane@hbsslaw.com

*Lead Counsel and Counsel for Lead Plaintiff David Boulware*

Laurence M. Rosen, Esq. (SBN 219683)
355 S. Grand Avenue, Suite 2450
**THE ROSEN LAW FIRM, P.A.**
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Jonathan Stern (*pro hac vice* forthcoming)
**THE ROSEN LAW FIRM, P.A.**
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: jstern@rosenlegal.com

*Counsel for Additional Plaintiff Lawrence Lou*

DATED: October 8, 2024          STRADLING YOCCA CARLSON & RAUTH LLP

By: _____ */s/ Lisa M. Northrup* _____
Jason de Bretteville
jdebretteville@stradlinglaw.com
Lisa M. Northrup
lnorthrup@stradlinglaw.com
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone:  949 725 4000
Facsimile:  949 725 4100

*Attorneys for Defendants*
*BIRD GLOBAL, INC.,*
*TRAVIS VANDERZANDEN, YIBO LING JIM*
*MUTRIE, and SCOTT MCNEILL*

-3-

## CERTIFICATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.

DATED: October 8, 2024          /s/ Lucas E. Gilmore
                                Lucas E. Gilmore (250893)

JOINT RESPONSE TO ORDER TO SHOW CAUSE
No. 2:22-cv-08406-ODW (AGRX)