UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:22-cv-08406-ODW (AGRx) | Date | June 17, 2025 |
|---|---|---|---|
| Title | *Mario Arias v. Bird Global, Inc. et al.* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**   **ORDER LIFTING STAY AND SETTING BRIEFING SCHEDULE**

The Court is in receipt of the parties' Stipulation to Lift Stay as to the Individual Defendants ("Stipulation"), (ECF No. 106), and the Status Report, (ECF No. 107). Having considered the Stipulation, and for good cause appearing, the Court **GRANTS** the Stipulation, and **LIFTS** the stay previously ordered on January 18, 2025. (Min. Order, ECF No. 92.)

Prior to the stay, the parties fully briefed Defendants' Motion to Dismiss. (Mot. Dismiss, ECF No. 72; Opp'n Mot. Dismiss, ECF No. 77; Reply ISO Mot. Dismiss, ECF No. 78.) In its order staying the case, the Court denied Defendants' Motion to Dismiss as moot. (Min. Order 2.) Prior to the stay, Plaintiffs also filed a Motion for Leave to File a Second Amended Complaint. (Mot. Amend, ECF No. 84.) Defendants filed an Opposition, (ECF No. 90), but the Court denied the Motion to Amend as moot before Plaintiffs filed a reply. (Min. Order 2.)

In the Status Report, Individual Defendants ask the Court to consider the Motion to Dismiss before addressing the Motion to Amend. (Status Report 2.) Conversely, Plaintiffs ask to file a reply in support of their Motion to Amend and for the Court to consider that motion before turning to the Motion to Dismiss. (*Id.* at 5.) The Court has reviewed the parties' arguments and will address the motions in the order it deems appropriate.

Accordingly, if Plaintiffs wish to file a reply in support of their Motion to Amend, they must do so no later than **June 25, 2025**. As the Motion to Dismiss and Motion to Amend were filed in 2023, the parties may, but are not required to, file supplemental briefing addressing any

subsequent authorities the Court should review when considering the motions.  Plaintiffs may collectively file one brief, and Individual Defendants may collectively file one brief.  Each supplemental brief must not exceed **five (5) pages** and must be filed no later than **July 2, 2025**. Any supplemental briefing must be limited to identification and discussion of subsequent authorities.

**IT IS SO ORDERED.**

                                     :    00

Initials of Preparer    SE