Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Lead Counsel and Counsel for*
*Lead Plaintiff David Boulware*

*[Additional counsel on signature page]*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| DAVID BOULWARE and LAWRENCE LOU, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BIRD GLOBAL, INC., TRAVIS VANDERZANDEN, YIBO LING, JIM MUTRIE, and SCOTT MCNEILL,<br><br>Defendants. | Lead Case No.<br>2:22-cv-08406-ODW (AGRx)<br><br>**DECLARATION OF LUCAS E. GILMORE IN SUPPORT OF REPLY IN SUPPORT OF LEAD PLAINTIFF DAVID BOULWARE'S MOTION FOR LEAVE TO FILE [PROPOSED] SECOND AMENDED COMPLAINT**<br><br>Courtroom:   5D, 5th Floor<br>Judge:   Hon. Otis D. Wright II<br><br>Trial Date: Not Set<br>Date Action Filed: November 17, 2022 |

No. 2:22-cv-08406-ODW (AGRX)

GILMORE DECLARATION IN SUPPORT OF REPLY ISO MOTION FOR LEAVE TO FILE [PROPOSED] SECOND AMENDED COMPLAINT

011147-11/3208559 V3

I, Lucas E. Gilmore, declare as follows:

1.     I am a partner at the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel for David Boulware. I am an attorney licensed to practice law in the State of California.

2.     The version of the Certification Pursuant to Federal Securities Law for Plaintiff Christos Givas filed in connection with Plaintiffs' underlying motion referred to a chart showing Mr. Givas's transactions during the Class Period. *See* ECF No. 84-2 at 143. That chart was mistakenly omitted from the certification.

3.     Attached hereto as Exhibit 1 is a true and correct copy of a Corrected Certification Pursuant to Federal Securities Law for proposed Plaintiff Christos Givas. This exhibit includes the chart that was mistakenly omitted from the certification.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: June 25, 2025          /s/ Lucas E. Gilmore
                              Lucas E. Gilmore (250893)

-1-          No. 2:22-cv-08406-ODW (AGRX)
GILMORE DECLARATION IN SUPPORT OF REPLY ISO MOTION FOR LEAVE TO FILE [PROPOSED] SECOND AMENDED COMPLAINT

011147-11/3208559 V3