# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MARIO ARIAS, individually and on behalf of all others similarly situated, | Lead Case No. 2:22-cv-08406-ODW (AGRx) |
| Plaintiff, | Member Case No. 2:22-cv-09178-ODW (AGRx) |
| v. | |
| BIRD GLOBAL, INC. F/K/A SWITCHBACK II CORPORATION, TRAVIS VANDERZANDEN, and YIBO LING, | **ORDER GRANTING JOINT STIPULATION TO MODIFY DEADLINE RELATING TO PLAINTIFFS' MOTION TO AMEND** |
| Defendants. | Complaint Filed:  November 17, 2022 Trial Date:      Not Set |
| KAREN CAIN, individually and on behalf of all others similarly situated, | |
| Consolidated Plaintiff, | |
| v. | |
| BIRD GLOBAL, INC., et al., | |
| Consolidated Defendants. | |

Pursuant to the Joint Stipulation to Modify Deadline Relating to Plaintiffs' Motion to Amend, and good cause appearing, it is hereby ORDERED that:

1. Plaintiffs shall file their Motion to Amend and Proposed Second Amended Consolidated Class Action Complaint, modified in light of the Court's November 7, 2025, order, no later than **December 12, 2025**.

2. Plaintiffs shall set the proposed hearing date when filing their renewed Motion to Amend as February 23, 2026.

3. Defendants' opposition shall be filed by no later than January 16, 2026.

4. Plaintiffs' reply shall be filed no later than January 30, 2026.

5. This stipulation is without prejudice to any of the Parties' rights or defenses in this action.

**IT IS SO ORDERED.**

DATED: November 13, 2025

_____
HON. OTIS D. WRIGHT II
United States District Judge

- 1 -