Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Lead Counsel and Counsel for*
*Lead Plaintiff David Boulware*

*[Additional counsel on signature page]*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| DAVID BOULWARE and LAWRENCE LOU, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BIRD GLOBAL, INC., TRAVIS VANDERZANDEN, YIBO LING, JIM MUTRIE, and SCOTT MCNEILL,<br><br>Defendants. | Lead Case No.<br>2:22-cv-08406-ODW (AGRx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT BIRD GLOBAL, INC., ONLY, WITH PREJUDICE** |

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT BIRD GLOBAL, INC.
No. 2:22-cv-08406-ODW (AGRX)

011147-11/3385181 V2

**TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:**

WHEREAS, no Defendant in the above-captioned action *Arias v. Bird Global, Inc.*, et al., No. 2:22-cv-08406, bought before the United States District Court for the Central District of California, has served either an answer or a motion for summary judgment; and

WHEREAS although this case alleges putative class claims, Federal Rule of Civil Procedure 23(e) is inapplicable to the instant dismissal as the dismissal does not involve the claims, issues or defenses of a certified class or proposed settlement class;

WHEREAS no prejudice to absent putative class members will result from dismissal of defendant Bird Global, Inc. from the action because the case is at the pleading stage, a class has not been certified, the deadline for seeking class certification has not yet expired, no absent putative class member will be bound by the voluntary dismissal of Plaintiff's claims, and the dismissal will not prejudice their rights;

WHEREAS Federal Rule of Civil Procedure 23(e)(1)(B) is inapplicable to the instant dismissal as none of the absent putative class members would be bound; and

WHEREAS, no monetary or non-monetary consideration, benefit, or inducement whatsoever has been given or received by Lead Plaintiff in exchange for this dismissal, and Lead Plaintiff has not been paid any amounts in connection with the claims asserted in this action in exchange for this dismissal;

NOTICE IS HEREBY GIVEN that, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i), Lead Plaintiff David Boulware hereby voluntarily dismisses the claims alleged in the above-captioned action as to Defendant Bird Global, Inc., only, *with prejudice* and without costs.

-1-

011147-11/3385181 V2

DATED: December 12, 2025          Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By: */s/ Lucas E. Gilmore*
Lucas E. Gilmore (250893)
Reed R. Kathrein (139304)
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: lucasg@hbsslaw.com
Email: reed@hbsslaw.com

Nathan Emmons (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
455 N. Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949
Facsimile:  (708) 628-4950
Email: nathane@hbsslaw.com

*Lead Counsel and Counsel for Lead Plaintiff David Boulware*

Laurence M. Rosen, Esq. (SBN 219683)
355 S. Grand Avenue, Suite 2450
**THE ROSEN LAW FIRM, P.A.**
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

-2-

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT BIRD GLOBAL, INC.
No. 2:22-cv-08406-ODW (AGRX)

011147-11/3385181 V2

Jonathan Stern (*pro hac vice* forthcoming)
**THE ROSEN LAW FIRM, P.A.**
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: jstern@roseanlegal.com

*Counsel for Additional Plaintiff Lawrence Lou*

-3-

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT BIRD GLOBAL, INC.

No. 2:22-cv-08406-ODW (AGRX)

011147-11/3385181 V2