Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Lead Counsel and Counsel for*
*Lead Plaintiff David Boulware*

*[Additional counsel on signature page]*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| DAVID BOULWARE and LAWRENCE LOU, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BIRD GLOBAL, INC., TRAVIS VANDERZANDEN, YIBO LING, JIM MUTRIE, and SCOTT MCNEILL,<br><br>Defendants. | Lead Case No. 2:22-cv-08406-ODW (AGRx)<br><br>**LEAD PLAINTIFF DAVID BOULWARE'S RENEWED NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE [PROPOSED] SECOND AMENDED COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>Date: February 23, 2026<br>Time: 1:30 p.m.<br>Courtroom: 5D, 5th Floor<br>Judge: Hon. Otis D. Wright II<br><br>Trial Date: Not Set<br>Date Action Filed: November 17, 2022 |

No. 2:22-cv-08406-ODW (AGRX)

RENEWED MOTION FOR LEAVE TO FILE [PROPOSED] SECOND AMENDED COMPLAINT

011147-11/3371373 V1

**TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on February 23, 2026, at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 5D, 5th Floor of the First Street Courthouse, 350 West 1st Street, Los Angeles, California 90012, before the Honorable Otis D. Wright II, Lead Plaintiff David Boulware will and hereby does move the Court for an order, pursuant to Federal Rule of Civil Procedure 15, granting leave for Lead Plaintiff to file the [Proposed] Second Amended Complaint.

This motion is based on this Renewed Notice of Motion and Motion, the memorandum of points and authorities in support, the declaration of Lucas E. Gilmore in support, the pleadings and records on file in this action, and any other written or oral argument or other matter that may be presented to the Court and that the Court may consider in deciding this motion.

This Motion is made pursuant to the Court's November 7, 2025, and November 13, 2025, Orders (Dkts. 112 and 114, respectively).

DATED: December 12, 2025   Respectfully submitted,

           */s/ Lucas E. Gilmore*
           Lucas E. Gilmore (250893)
           Reed R. Kathrein (139304)
           **HAGENS BERMAN SOBOL SHAPIRO LLP**
           715 Hearst Avenue, Suite 202
           Berkeley, CA 94710
           Telephone: (510) 725-3000
           Facsimile: (510) 725-3001
           lucasg@hbsslaw.com
           reed@hbsslaw.com

           Nathan Emmons (*pro hac vice*)
           **HAGENS BERMAN SOBOL SHAPIRO LLP**
           455 N. Cityfront Plaza Drive, Suite 2410
           Chicago, IL 60611
           Telephone: (708) 628-4949
           Facsimile: (708) 628-4950
           nathane@hbsslaw.com

           *Lead Counsel and Counsel for*
           *Lead Plaintiff David Boulware*

-1-    No. 2:22-cv-08406-ODW (AGRX)

RENEWED MOTION FOR LEAVE TO FILE [PROPOSED] SECOND AMENDED COMPLAINT
011147-11/3371373 V1

Laurence M. Rosen, Esq. (SBN 219683)
355 S. Grand Avenue, Suite 2450
**THE ROSEN LAW FIRM, P.A.**
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
lrosen@rosenlegal.com

Jonathan Stern (*pro hac vice* forthcoming)
**THE ROSEN LAW FIRM, P.A.**
275 Madison Ave., 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
jstern@rosenlegal.com

*Counsel for Additional Plaintiff
Lawrence Lou*

RENEWED MOTION FOR LEAVE TO FILE [PROPOSED] SECOND AMENDED COMPLAINT

011147-11/3371373 V1