Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Lead Counsel and Counsel for*
*Lead Plaintiff David Boulware*

*[Additional counsel on signature page]*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| DAVID BOULWARE and LAWRENCE LOU, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BIRD GLOBAL, INC., TRAVIS VANDERZANDEN, YIBO LING, JIM MUTRIE, and SCOTT MCNEILL,<br><br>Defendants. | Lead Case No.<br>2:22-cv-08406-ODW (AGRx)<br><br>**DECLARATIOMN OF LUCAS E. GILMORE IN SUPPORT OF LEAD PLAINTIFF DAVID BOULWARE'S RENEWED MOTION FOR LEAVE TO FILE [PROPOSED] SECOND AMENDED COMPLAINT**<br><br>Date:          February 23, 2026<br>Time:          1:30 p.m.<br>Courtroom:  5D, 5th Floor<br>Judge:         Hon. Otis D. Wright II<br><br>Trial Date: Not Set<br>Date Action Filed: November 17, 2022 |

No. 2:22-cv-08406-ODW (AGRX)
GILMORE DECL. ISO RENEWED MOTION FOR LEAVE TO FILE [PROPOSED] SECOND AMENDED COMPLAINT

011147-11/3371373 V1

I, Lucas E. Gilmore, declare as follows:

1.    I, Lucas E. Gilmore, am a Partner at the law firm Hagens Berman Sobol Shapiro LLP. I submit this declaration under penalty of perjury in connection with the contemporaneously filed Renewed Motion for Leave to File [Proposed] Second Amended Complaint in the above-captioned matter. The facts stated herein are based on my personal knowledge.

2.    Attached hereto as **Exhibit 1** is a true and accurate copy of the [Proposed] Second Amended Consolidated Class Action Complaint.

3.    Attached hereto as **Exhibit 2** is a true and accurate copy of a redlined comparison of the [Proposed] Second Amended Consolidated Class Action Complaint and the currently operative Amended Consolidated Class Action Complaint (ECF No. 63).

4.    Attached hereto as **Exhibit 3** is a true and accurate copy of the Debtors' Second Amended Joint Chapter 11 Plan of Liquidation filed on June 3, 2024 in *In Re Bird Global, Inc.*, Case No. 23-20514-CLC (Bankr. S.D. Fla.).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on December 12, 2025, in San Diego, California.

/s/ *Lucas E. Gilmore*
Lucas E. Gilmore

-1-    No. 2:22-cv-08406-ODW (AGRX)

GILMORE DECL. ISO RENEWED MOTION FOR LEAVE TO FILE [PROPOSED] SECOND AMENDED COMPLAINT

011147-11/3371373 V1