**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| DAVID BOULWARE and LAWRENCE LOU, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BIRD GLOBAL, INC., TRAVIS VANDERZANDEN, YIBO LING, JIM MUTRIE, and SCOTT MCNEILL,<br><br>Defendants. | Lead Case No.<br>2:22-cv-08406-ODW (AGRx)<br><br>**[PROPOSED] ORDER GRANTING LEAD PLAINTIFF DAVID BOULWARE'S RENEWED MOTION FOR LEAVE TO FILE [PROPOSED] SECOND AMENDED COMPLAINT** |

Having reviewed the papers submitted in support of and in opposition to Plaintiffs' Renewed Motion for Leave to File [Proposed] Second Amended Complaint ("Motion"), based on any argument of counsel, and good cause appearing for the reasons set forth therein, the Court hereby GRANTS the Motion.

IT IS HEREBY ORDERED that:

The [Proposed] Second Amended Complaint submitted on December 12, 2025 is deemed filed as of today.

Dated: _____, 2025

_____
OTIS D. WRIGHT, II
United States District Judge

-1-                     No. 2:22-cv-08406-ODW (AGRX)

[PROPOSED] ORDER GRANTING RENEWED MOTION FOR LEAVE TO FILE [PROPOSED] SECOND AMENDED COMPLAINT

011147-11/3371373 V1