# EXHIBIT 1

 

Sign In    Register



# HAGENS BERMAN Alerts Bird Global (BRDS) Investors to Jan. 17th Deadline in Securities Class Action, Encourages Investors with Significant Losses to Contact Firm's Attorneys

January 08, 2023 10:39 ET  | Source: Hagens Berman Sobol Shapiro LLP

Follow

**Share**

SAN FRANCISCO, Jan. 08, 2023 (GLOBE NEWSWIRE) -- Hagens Berman urges Bird Global, Inc. **(NYSE: BRDS)** investors who suffered significant losses to submit your losses now.

**Class Period:** May 14, 2021 – Nov. 14, 2022
**Lead Plaintiff Deadline:** Jan. 17, 2023
**Visit:** www.hbsslaw.com/investor-fraud/BRDS
**Contact An Attorney Now:** BRDS@hbsslaw.com

**844-916-0895**

**Bird Global, Inc. (NYSE: BRDS) Securities Fraud Class Action:**

The litigation challenges Bird's reported financial results and accounting for its primary source of revenues – namely, from Bird's Sharing business – whereby customers generally pay for rides from their preloaded wallet balances on a per-ride basis, and revenue is recognized at the completion of the ride.

According to the complaint, Defendants failed to disclose that: (1) Bird was improperly recording Sharing revenue for certain trips by its customers when collection was not probable; (2) as such, Bird was overstating its Sharing revenue for the relevant quarters and fiscal year during the Class Period; (3) Bird failed to disclose that its internal controls were not effective as they relate to calculating Sharing revenue; and, (4) as a result, Bird would need to restate its previously disclosed Sharing revenue.

Investors learned the truth on Nov. 14, 2022, when Bird announced that investors should no longer rely on the company's audited financial statements for the years ended Dec. 31, 2021 and 2020, its quarterly financial statements within those years, or on its financial statements for the quarters ended March 31 and June 30, 2022. The company admitted it improperly recorded Sharing revenues for those periods when collectability was not probable, and further admitted that it recorded revenues for customers with insufficient pre-loaded wallet balances.

This news drove the price of Bird shares crashing 15% lower that day.

"We're focused on investors' losses and proving Bird cooked its books," said Reed Kathrein, the Hagens Berman partner leading the investigation.

If you invested in Bird and have significant losses, or have knowledge that may assist the firm's investigation, click here to discuss your legal rights with Hagens Berman.

**Whistleblowers:** Persons with non-public information regarding Bird should consider their options to help in the investigation or take advantage of the SEC Whistleblower program. Under the new program, whistleblowers who provide original information may receive rewards totaling up to 30 percent of any successful recovery made by the SEC. For more information, call Reed Kathrein at **844-916-0895** or email BRDS@hbsslaw.com.

About Hagens Berman
Hagens Berman is a global plaintiffs' rights complex litigation law firm focusing on corporate accountability through class-action law. The firm is home to a robust securities litigation practice and represents investors as well as whistleblowers, workers, consumers and others in cases achieving real results for those harmed by corporate negligence and fraud. More about the firm and its successes can be found at hbsslaw.com. Follow the firm for updates and news at @ClassActionLaw.

Contact:

Reed Kathrein, 844-916-0895

---

**Company Profile**

**Hagens Berman Sobol Shapiro LLP**

**Industry:** Specialized Consumer Services

**Website:**
https://hbsslaw.com

## Press Release Actions

Print
Download PDF
Subscribe via RSS
Subscribe via ATOM
Javascript

EQ | GlobeNewswire by notified

BRDS class action    BRDS investor    BRDS investor fraud    BRDS lawsuit    BRDS securities    BRDS stock

BRDS securities class action    Class Action

**Related Links**

- Hagens Berman BRDS Alert

# Recommended Reading

January 16, 2026 12:36 ET | Source: Hagens Berman Sobol Shapiro LLP

## Soleno Therapeutics (SLNO) Faces Investor Scrutiny Amid Disappointing VYKAT XR Starts, Discontinuations; Shares Down 26% -- Hagens Berman

Investors who lost money in SLNO after its stock plunged due to allegedly misleading financial statements are urged to contact Hagens Berman.

Read More

January 16, 2026 12:36 ET | Source: Hagens Berman Sobol Shapiro LLP

## Corcept Therapeutics (CORT) Faces Investor Scrutiny Amid Receipt of FDA Complete Response Letter For Relacorilant, Shares Tank 50% – Hagens Berman

Investors who lost money in CORT after its stock plunged due to allegedly misleading financial statements are urged to contact Hagens Berman.

Read More

# Explore





January 16, 2026 17:30 ET

**SAGA Metals Announces Additional Assay Results fro...**

January 16, 2026 16:10 ET

**First Western Trust Expands Arts Investment with L...**

**About Us**

GlobeNewswire is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases, financial disclosures and multimedia content to media, investors, and consumers worldwide.

**Global News**

English

Français

Deutsch

**Newswire Distribution Network & Management**

Home

Newsroom

RSS Feeds

Notified

Legal

Contact us

Resources

© 2026 Digital Media Innovations, LLC. All rights reserved.