# EXHIBIT 2

Nov 17, 2022 2:59 PM Eastern Standard Time

# EQUITY ALERT: Rosen Law Firm Files Securities Class Action Lawsuit Against Bird Global, Inc. – BRDS

Share      •••

NEW YORK--(BUSINESS WIRE)--Rosen Law Firm, a global investor rights law firm, announces it has filed a class action lawsuit on behalf of purchasers of the securities of Bird Global, Inc. (NYSE: BRDS) between May 14, 2021 and November 14, 2022, both dates inclusive (the "Class Period"). The lawsuit seeks to recover damages for Bird's investors under the federal securities laws.

To join the Bird class action, go https://rosenlegal.com/submit-form/?case_id=9805 or call Phillip Kim, Esq. toll-free at 866-767-3653 or email pkim@rosenlegal.com or cases@rosenlegal.com for information on the class action.

According to the lawsuit, throughout the Class Period, Defendants made materially false and/or misleading statements and/or failed to disclose that: (1) Bird was improperly recording Sharing Revenue for certain trips by its customers where collection was not probable; (2) as such, Bird overstated its Sharing Revenue for the relevant quarters and fiscal year during the Class Period; (3) Bird failed to disclose that its internal controls were not effective as they relate to calculating Sharing Revenue recognition; (4) as a result, Bird would need to restate its previously disclosed Sharing Revenue; and (5) as a result, Defendants' public statements were materially false and misleading at all relevant times.

A class action lawsuit has already been filed. If you wish to serve as lead plaintiff, you must move the Court **no later than January 17, 2023**. A lead plaintiff is a representative party acting on behalf of other class members in directing the litigation. If you wish to join the litigation, go to https://rosenlegal.com/submit-

Case 2:22-cv-08406-ODW-GTS    Document 117-3    Filed 01/16/26    Page 3 of 7    Page ID #:2375

form/?case_id=9805 or to discuss your rights or interests regarding this class action, please contact Phillip Kim, Esq. of Rosen Law Firm toll free at 866-767-3653 or via e-mail at pkim@rosenlegal.com or cases@rosenlegal.com.

NO CLASS HAS YET BEEN CERTIFIED IN THE ABOVE ACTION. UNTIL A CLASS IS CERTIFIED, YOU ARE NOT REPRESENTED BY COUNSEL UNLESS YOU RETAIN ONE. YOU MAY RETAIN COUNSEL OF YOUR CHOICE. YOU MAY ALSO REMAIN AN ABSENT CLASS MEMBER AND DO NOTHING AT THIS POINT. AN INVESTOR'S ABILITY TO SHARE IN ANY POTENTIAL FUTURE RECOVERY IS NOT DEPENDENT UPON SERVING AS LEAD PLAINTIFF.

Follow us for updates on LinkedIn: https://www.linkedin.com/company/the-rosen-law-firm or on Twitter: https://twitter.com/rosen_firm or on Facebook: https://www.facebook.com/rosenlawfirm.

Rosen Law Firm represents investors throughout the globe, concentrating its practice in securities class actions and shareholder derivative litigation. Rosen Law Firm was Ranked No. 1 by ISS Securities Class Action Services for number of securities class action settlements in 2017. The firm has been ranked in the top 4 each year since 2013. Rosen Law Firm has achieved the largest ever securities class action settlement against a Chinese Company. Rosen Law Firm's attorneys are ranked and recognized by numerous independent and respected sources. Rosen Law Firm has secured hundreds of millions of dollars for investors.

Attorney Advertising. Prior results do not guarantee a similar outcome.

## Contacts

Laurence Rosen, Esq.

Phillip Kim, Esq.

The Rosen Law Firm, P.A.

275 Madison Avenue, 40th Floor

New York, NY 10016

Tel: (212) 686-1060

Toll Free: (866) 767-3653

Fax: (212) 202-3827

lrosen@rosenlegal.com

pkim@rosenlegal.com

cases@rosenlegal.com

www.rosenlegal.com

**Industry:**  [Class Action Lawsuit](#)   [Professional Services](#)   [Legal](#)

## The Rosen Law Firm
### TOP RANKED GLOBAL INVESTOR COUNSEL
📞 866-767-3653  🌐 www.rosenlegal.com
### Ranked in Top 4 Each Year Since 2013

**THE ROSEN LAW FIRM, P.A.**

📈 NYSE:BRDS

---

**RELEASE VERSIONS**

English

---

**CONTACTS**

Laurence Rosen, Esq.
Phillip Kim, Esq.
The Rosen Law Firm, P.A.
275 Madison Avenue, 40th Floor
New York, NY 10016
Tel: (212) 686-1060
Toll Free: (866) 767-3653
Fax: (212) 202-3827
[lrosen@rosenlegal.com](mailto:lrosen@rosenlegal.com)
[pkim@rosenlegal.com](mailto:pkim@rosenlegal.com)
[cases@rosenlegal.com](mailto:cases@rosenlegal.com)
[www.rosenlegal.com](http://www.rosenlegal.com)

**Industry:**  [Class Action Lawsuit](#)   [Professional Services](#)   [Legal](#)

# More News From The Rosen Law Firm, P.A.

🔊 Get RSS Feed

## Rosen Law Firm Urges Vistagen Therapeutics, Inc. (NASDAQ: VTGN) Stockholders with Large Losses to Contact the Firm for Information About Their Rights

NEW YORK--(BUSINESS WIRE)--Rosen Law Firm, a global investor rights law firm, announces a class action lawsuit on behalf of purchasers of Vistagen Therapeutics, Inc. (NASDAQ: VTGN) common stock between April 1, 2024 and December 16, 2025, both dates inclusive (the "Class...

## PRGO Deadline: Rosen Law Firm Urges Perrigo Company plc (NYSE: PRGO) Investors to Contact the Firm for Information About Their Rights

NEW YORK--(BUSINESS WIRE)--Rosen Law Firm, a global investor rights law firm, reminds investors that a class action lawsuit on behalf of purchasers of securities of Perrigo Company plc (NYSE: PRGO) between February 27, 2023 and November 4, 2025. Perrigo provides over-...

## Rosen Law Firm Encourages Phoenix Education Partners, Inc. Investors to Inquire About Securities Class Action Investigation – PXED

NEW YORK--(BUSINESS WIRE)--Why: Rosen Law Firm, a global investor rights law firm, announces an investigation of potential securities claims on behalf of shareholders of Phoenix Education Partners, Inc. (NYSE: PXED) resulting from allegations that Phoenix Education may...

**Back to Newsroom  →**

# Wish your news had this kind of reach?

Sign Up →

**Learn About Business Wire** →



## Company

About Business Wire

Careers

Media Center

Help Center

## Services

Press Release Distribution

Visibility & Engagement

Complimentary Features

Investor Communications

Reporting & Analytics

## Solutions

PR Professionals

IR Professionals

Agencies

Public Companies

Explore by Industry

## Newsroom

Industries

Subjects

Languages

**Resources**

**Blog**

**For Journalists**

**Sign Up**



© 2026 Business Wire, Inc.

Privacy Policy     Cookie Policy     Copyright     Accessibility Statement     Terms of Use

