# EXHIBIT 3

*Source:* *Pomerantz LLP*

*January 09, 2023 13:25 ET*

# SHAREHOLDER ALERT: Pomerantz Law Firm Reminds Shareholders with Losses on their Investment in Bird Global, Inc. f/k/a Switchback II Corporation Class Action Lawsuit and Upcoming Deadline – BRDS

NEW YORK, Jan. 09, 2023 (GLOBE NEWSWIRE) -- Pomerantz LLP announces that a class action lawsuit has been filed against Bird Global, Inc. f/k/a Switchback II Corporation (NYSE: BRDS), and certain officers.   The class action, filed in the United States District Court for the Central District of California, and docketed under 22-cv-09178, is on behalf of a class consisting of all persons and entities other than Defendants that purchased or otherwise acquired the publicly traded securities of Bird between May 14, 2021 and November 14, 2022, both dates inclusive (the "Class Period").  Plaintiff seeks to recover compensable damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder.

If you are a shareholder who purchased or otherwise acquired Bird securities during the Class Period, you have until January 17, 2023 to ask the Court to appoint you as Lead Plaintiff for the class.  A copy of the Complaint can be obtained at www.pomerantzlaw.com.   To discuss this action, contact Robert S. Willoughby at newaction@pomlaw.com or 888.476.6529 (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

**[Click here for information about joining the class action]**

Bird is purportedly a micromobility company engaged in delivering electric transportation solutions for short distances. Bird's offerings include its core vehicle-sharing business and operations ("Sharing"), and sales of Bird-designed vehicles for personal use.

The complaint alleges that, throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and financial results. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) Bird was improperly recording revenue from its Sharing business ("Sharing Revenue") for certain trips by its customers where collection was not probable; (ii) as such, Bird overstated its Sharing Revenue for the relevant quarters and fiscal year during the Class Period; (iii) Bird failed to disclose that its internal controls were not effective as they relate to calculating Sharing Revenue recognition; (iv) as a result, Bird would need to restate its previously disclosed Sharing Revenue; and (v) as a result, Defendants' public statements were materially false and misleading at all relevant times.

On November 14, 2022, Bird disclosed in a filing with the U.S. Securities and Exchange Commission ("SEC") that "[o]n November 11, 2022, the Audit Committee of the Board of Directors . . . , after discussion with management, determined that (i) the Company's audited consolidated financial statements as of December 31, 2021 and 2020, and for the years then ended, and quarterly periods within those years, included in the Annual Report on Form 10-K filed with the [SEC] on March 15, 2022, (ii) its condensed consolidated financial statements as of March 31, 2022, and for the three months then ended, included in the Quarterly Report on Form 10-Q filed with the SEC on May 16, 2022 and (iii) its condensed consolidated financial statements as of June 30, 2022, and for the three and six months then ended, included in the Quarterly Report on Form 10-Q filed with the SEC on August 15, 2022 (collectively, the 'Original Filings', and each such quarterly or annual period covered therein, an 'impacted period'), should no longer be relied upon." Bird further advised that "[t]he determination results from an error identified in connection with the preparation of the Company's condensed consolidated financial statements as of September 30, 2022, and the three and nine months then ended, related to its business system configuration that impacted the recognition of revenue on certain trips completed by customers of its Sharing business ('Rides') for which collectability was not probable."

On this news, Bird's share price plummeted $0.069 per share, or 15.94%, from the prior trading date to close on November 14, 2022 at $0.364 per share, damaging investors.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, London, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. See www.pomlaw.com

**CONTACT:**
Robert S. Willoughby
Pomerantz LLP
rswilloughby@pomlaw.com
888-476-6529 ext. 7980