# EXHIBIT 4

Back to the Newsroom

   

# SHAREHOLDER ALERT: Berger Montague Advises Investors That A Securities Fraud Class Action Lawsuit Was Filed Against BIRD GLOBAL, INC. (NYSE:BRDS) F/K/A SWITCHBACK II CORPORATION (NYSE:SWBK); Lead Plaintiff Deadline is January 17, 2023

Wednesday, 04 January 2023 04:30 PM

Topic: Class Action

**PHILADELPHIA, PA / ACCESSWIRE / January 4, 2023 /** [Berger Montague](#) advises investors that a securities fraud class action lawsuit has been filed against Bird Global, Inc. (NYSE:BRDS) ("Bird") f/k/a Switchback II Corporation (NYSE:SWBK) ("Switchback") on behalf of those who purchased publicly traded Bird securities between **May 14, 2021 and November 14, 2022, both dates inclusive (the "Class Period")**.

*Investor Deadline: Investors who purchased or acquired Bird securities during the Class Period may, no later than January 17, 2023, seek to be appointed as a lead plaintiff representative of the class. For additional information or to learn how to participate in this litigation, please contact Berger Montague: James Maro at jmaro@bm.net or (215) 875-3093, or Andrew Abramowitz at aabramowitz@bm.net or (215) 875-3015 or visit: https://investigations.bergermontague.com/bird-global-inc/*

Switchback was a special purpose acquisition company formed for the purpose of effecting a merger, capital stock exchange, asset acquisition, stock purchase, reorganization, or similar business combination with one or more businesses.

Bird is a micromobility company engaged in delivering electric transportation solutions for short distances. Bird partners with cities to bring lightweight, electric vehicles to residents and visitors in an effort to replace car trips by providing an alternative, sustainable transportation option.

On May 14, 2021, Switchback and Bird entered into an Agreement and Plan of Merger. Bird shares began publicly trading on the NYSE on November 5, 2021.

On November 14, 2022, Bird filed a press release attached to a Form 8-K announcing it would restate its consolidated financial statements for certain periods due to issues concerning the recognition of Sharing Revenue. Following this news, Bird's share price fell $0.069 per share, or over 15%, from the prior trading date to close at $0.364 per share on November 14, 2022.

The complaint alleges that throughout the Class Period, the defendants made false and/or misleading statements and/or failed to disclose that: (1) Bird was improperly recording Sharing Revenue for certain trips by its customers where collection was not probable; (2) as such, Bird overstated its Sharing Revenue for the relevant quarters and fiscal year during the Class Period; (3) Bird failed to disclose that its internal controls were not effective as they relate to calculating Sharing Revenue recognition; (4) as a result, Bird would need to restate its previously disclosed Sharing Revenue; and (5) as a result, the defendants' public statements were materially false and misleading at all relevant times.

A lead plaintiff is a representative party that acts on behalf of other class members in directing the litigation. In order to be appointed lead plaintiff, the Court must determine that the class member's claim is typical of the claims of other class members, and that the class member will adequately represent the class. Your ability to share in any recovery is not, however, affected by the decision whether or not to serve as a lead plaintiff. Any member of the purported class may move the Court to serve as

lead plaintiff through counsel of his/her choice, or may choose to do nothing and remain an inactive class member.

Berger Montague, with offices in Philadelphia, Minneapolis, Washington, D.C., and San Diego, has been a pioneer in securities class action litigation since its founding in 1970. Berger Montague has represented individual and institutional investors for over five decades and serves as lead counsel in courts throughout the United States.

**Contacts:**

James Maro, Senior Counsel
Berger Montague
(215) 875-3093
jmaro@bm.net

Andrew Abramowitz, Senior Counsel
Berger Montague
(215) 875-3015
aabramowitz@bm.net

**SOURCE**: Berger Montague