# EXHIBIT 5

Nov 30, 2022 1:00 PM Eastern Standard Time

# Glancy Prongay & Murray LLP Reminds Investors of Looming Deadline in the Class Action Lawsuit Against Bird Global, Inc. f/k/a Switchback II Corporation (BRDS)

Share            ...

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP ("GPM") reminds investors of the upcoming **January 17, 2023** deadline to file a lead plaintiff motion in the class action filed on behalf of investors who purchased or otherwise acquired Bird Global, Inc. f/k/a Switchback II Corporation ("Bird" or the "Company") (NYSE: BRDS) securities between **May 14, 2021 and November 14, 2022**, inclusive (the "Class Period").

If you suffered a loss on your Bird investments or would like to inquire about potentially pursuing claims to recover your loss under the federal securities laws, you can submit your contact information at www.glancylaw.com/cases/bird-global-inc/. You can also contact Charles H. Linehan, of GPM at 310-201-9150, Toll-Free at 888-773-9224, or via email at shareholders@glancylaw.com to learn more about your rights.

On November 14, 2022, Bird announced that it would restate its financial statements for certain periods in 2020, 2021, and 2022. According to the Company, the restatements seek to correct errors regarding "recognition of revenue on certain trips completed by customers of its Sharing business for which collectability was not probable."

On this news, Bird's share prices fell $0.069, or more than 15%, to close at $0.364 per share on November 14, 2022, thereby injuring investors.

1/16/26, 3:49 PM
Glancy Prongay & Murray LLP Reminds Investors of Looming Deadline in the Class Action Lawsuit Against Bird Global Inc. f/k/a S…

Case 2:22-cv-08406-ODW-CTS    Document 117-6    Filed 01/16/26    Page 3 of 7   Page
ID #:2390

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors that: (1) Bird was improperly recording Sharing Revenue for certain trips by its customers where collection was not probable; (2) as such, Bird overstated its Sharing Revenue for the relevant quarters and fiscal year during the Class Period; (3) Bird failed to disclose that its internal controls were not effective as they relate to calculating Sharing Revenue recognition; (4) as a result, Bird would need to restate its previously disclosed Sharing Revenue; and (5) as a result, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis at all relevant times.

Follow us for updates on LinkedIn, Twitter, or Facebook.

If you purchased or otherwise acquired Bird securities during the Class Period, you may move the Court no later than **January 17, 2023** to request appointment as lead plaintiff in this putative class action lawsuit. To be a member of the class action you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the class action. If you wish to learn more about this class action, or if you have any questions concerning this announcement or your rights or interests with respect to the pending class action lawsuit, please contact Charles Linehan, Esquire, of GPM, 1925 Century Park East, Suite 2100, Los Angeles, California 90067 at 310-201-9150, Toll-Free at 888-773-9224, by email to shareholders@glancylaw.com, or visit our website at www.glancylaw.com. If you inquire by email please include your mailing address, telephone number and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

## Contacts

Glancy Prongay & Murray LLP, Los Angeles

Charles Linehan, 310-201-9150 or 888-773-9224

shareholders@glancylaw.com

www.glancylaw.com

**Industry:**        Class Action Lawsuit    Professional Services    Legal



## GLANCY PRONGAY & MURRAY LLP

⟋ NYSE:BRDS

## RELEASE VERSIONS

English

## CONTACTS

Glancy Prongay & Murray LLP, Los Angeles
Charles Linehan, 310-201-9150 or 888-773-9224
shareholders@glancylaw.com
www.glancylaw.com

# More News From Glancy Prongay & Murray LLP

🔊 Get RSS Feed

**Glancy Prongay & Murray LLP, a Leading Securities Fraud Law Firm Encourages CoreWeave, Inc. (CRWV) Shareholders To Inquire About**

Securities Fraud Class Action

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP, a leading national shareholder rights law firm, announces that a securities fraud class action lawsuit has been filed on behalf of investors who purchased or otherwise acquired CoreWeave, Inc. ("CoreWeave" or...

### Deadline Alert: agilon health, inc. (AGL) Shareholders Who Lost Money Urged To Contact Glancy Prongay & Murray LLP About Securities Fraud Lawsuit

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP reminds investors of the upcoming March 2, 2026 deadline to file a lead plaintiff motion in the class action filed on behalf of investors who purchased or otherwise acquired agilon health, inc. ("agilon" or the...

### Deadline Alert: Ardent Health, Inc. (ARDT) Shareholders Who Lost Money Urged To Contact Glancy Prongay & Murray LLP About Securities Fraud Lawsuit

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP reminds investors of the upcoming March 9, 2026 deadline to file a lead plaintiff motion in the class action filed on behalf of investors who purchased or otherwise acquired Ardent Health, Inc. ("Ardent" or the...

Back to Newsroom  →

# Wish your news had this kind of reach?

Sign Up    →

Case 2:22-cv-08406-ODW-CTS    Document 117-6    Filed 01/16/26    Page 6 of 7    Page ID #:2393

Learn About Business Wire    →



## Company

About Business Wire

Careers

Media Center

Help Center

## Services

Press Release Distribution

Visibility & Engagement

Complimentary Features

Investor Communications

Reporting & Analytics

## Solutions

PR Professionals

IR Professionals

Agencies

Public Companies

Explore by Industry

## Newsroom

Industries

Subjects

Languages

## Resources

## Blog

Case 2:22-cv-08406-ODW-CTS    Document 117-6    Filed 01/16/26    Page 7 of 7   Page
ID #:2394

**For Journalists**

**Sign Up**



© 2026 Business Wire, Inc.

Privacy Policy    Cookie Policy    Copyright    Accessibility Statement    Terms of Use

